**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GENZYME CORPORATION )<br>)<br>Plaintiff and )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>WATSON LABORATORIES, INC. )<br>)<br>Defendant and )<br>Counterclaim-Plaintiff. )<br>)<br>) | Civil Action No. 10-01863 (JFM) |

**NOTICE OF CHANGE OF FIRM AND EMAIL ADDRESS**

John L. North, Norman E.B. Minnear, and Laura Fahey Fritts give notice that as of May 11, 2011, they have relocated to the law firm of Kasowitz, Benson, Torres & Friedman LLP and will continue to practice under that firm at:

> John L. North
> Laura Fahey Fritts
> Kasowitz, Benson, Torres & Friedman LLP
> 1360 Peachtree Street, N.E., Suite 1150
> Atlanta, GA 30309
> Telephone: (404) 260-6132
> Facsimile: (404) 393-0462

> Norman E.B. Minnear
> Kasowitz, Benson, Torres & Friedman LLP
> 1633 Broadway
> New York, New York 10019
> Telephone: (212) 506-1742
> Facsimile: (212) 500-3563

The undersigned's email addresses have changed as follows:

> Email: jnorth@kasowitz.com (John L. North)
> Email: jminnear@kasowitz.com (Norman E. B. Minnear)
> Email: lfritts@kasowitz.com (Laura Fahey Fritts)

courtnotices@kasowitz.com

                                                          Respectfully submitted,

Dated:  May 12, 2011                                 _____/s_____
                                                      Joshua A. Glikin (Bar No. 26853)
BOWIE & JENSEN, LLC
29 W. Susquehanna Avenue
Suite 600
Towson, Maryland 21204
Phone: (410) 583-2400
Fax:  (410) 582-2437
glikin@bowie-jensen.com

and

John L. North
jnorth@kasowitz.com
Laura F. Fritts
lfritts@kasowitz.com
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, GA 30309
Telephone: (404) 260-6132
Facsimile: (404) 393-0462


Norman E.B. Minnear
jminnear@kasowitz.com
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Phone:  (212) 506-1742
Fax: (212) 500-3563

*Counsel for Defendant and
Counterclaim-Plaintiff,
Watson Laboratories, Inc.*