IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Genzyme Corporation                              *
    Plaintiff(s)
              * Case No.: 1:10-cv-01863-JFM
  vs.
              *
Watson Laboratories, Inc.
    Defendant(s)    *

******

## MOTION FOR ADMISSION *PRO HAC VICE*

  I, __George E. Brown__, am a member in good standing of the bar of this Court.

My bar number is __14681__   I am moving the admission of __Robert L. Baechtold__

_____to appear *pro hac vice* in this case as

counsel for __Plaintiff Genzyme Corporation__.

  We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| State of New York – 1967 | See attached |
| State of New Jersey – 1972 | |
| State of Pennsylvania - 1991 | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __3__ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure

and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT
_____
Signature

George E. Brown
Printed Name

Kramon & Graham, P.A.
Firm

One South Street
Suite 2600
Address

Baltimore, Maryland 21202
City, State, Zip Code

(410) 752-6030
Telephone Number

(410) 539-1269
Fax Number

gbrown@kg-law.com
Email Address

PROPOSED ADMITTEE
_____
Signature

Robert L. Baechtold
Printed Name

Fitzpatrick, Cella, Harper & Scinto
Firm

1290 Avenue of the Americas
Address

New York, New York 10104
City, State, Zip Code

(212) 218-2100
Telephone Number

(212) 218-2200
Fax Number

sreed@fchs.com
Email Address