

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

# CHANGE OF ADDRESS FORM

**CHECK ONE:**   ATTORNEY ☒   PRO SE ☐

**NAME:** Abby L. Lemek

**BAR NUMBER:**

**FIRM NAME:** Steptoe & Johnson LLP

**ADDRESS:** 115 South LaSalle Street, Suite 3100

**CITY/STATE: ZIP CODE:** Chicago, IL  60603

**MAIN FIRM TELEPHONE NUMBER:** 312.577.1300

**FAX NUMBER:** 312.577.1300

**EMAIL ADDRESS:** alemek@steptoe.com

**CASE NUMBER(S), IF ANY:** JFM-09-563; JFM-09-1258; JFM-10-1906; JFM-09-653; JFM-09-846; JFM-10-1791; JFM-09-1750; JFM-10-1715; JFM-09-2589

**DATE:** September 9, 2011

U.S. District Court (Rev. 6/13/2003) - Change of Address Form

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov