**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| GENZYME CORPORATION | * | |
|     Plaintiff, | * | |
| v. | * | |
| SANDOZ INC., | * | Civil Action No. JFM 10-cv-1715 |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW APPEARANCE

Jeremy Snodgrass, co-attorney *pro hac vice,* and Defendant Sandoz, Inc., hereby move to withdraw Mr. Snodgrass' appearance pursuant to Local Rule 101(2)(b), and for further grounds state:

1. Defendant Sandoz, Inc. is currently represented by, and will continue to be represented by competent counsel (Robert Hopkins and Susan Euteneuer of Duane Morris LLP), and counsel *pro hac vice* (Thomas Filarski, Meredith Martin Addy, Brandon Helms and Abby Lemek, who recently joined the firm of Steptoe & Johnson LLP).

2. Neither Sandoz, Inc. nor any other party would be prejudiced by the granting of this Motion.

WHEREFORE, Sandoz, Inc. respectfully requests that this Motion be granted.

Respectfully submitted,

| | |
|---|---|
| /s/ Susan M. Euteneuer | /s/ Jeremy S. Snodgrass |
| Susan M. Euteneuer (Bar No. 26997) | Jeremy S. Snodgrass (admitted *pro hac vice*) |
| Robert B. Hopkins (Bar No. 06017) | Brinks Hofer Gilson & Lione |
| DUANE MORRIS LLP | NBC Tower, Suite 3600 |
| 111 South Calvert Street, Suite 2000 | 455 North Cityfront Plaza Drive |
| Baltimore, MD 21202-6114 | Chicago, IL 60611-5599 |
| Telephone: 410-949-2937 | Telephone: 312-840-3277 |
| Facsimile: 410-949-2901 | Facsimile: 312-321-4299 |
| rbhopkins@duanemorris.com | jsnodgrass@usebrinks.com |
| smeuteneuer@duanemorris.com | |

|  |  |
|---|---|
| *Attorneys for Defendant Sandoz Inc.* | /s/ Brandon C. Helms<br>Thomas J. Filarski (admitted *pro hac vice*)<br>Meredith Martin Addy (admitted *pro hac vice*)<br>Brandon C. Helms (admitted *pro hac vice*)<br>Abby L. Lemek (admitted *pro hac vice*)<br>Steptoe & Johnson LLP<br>115 S. LaSalle Street, Suite 3100<br>Chicago, IL  60603 |