# Fitzpatrick

FITZPATRICK, CELLA, HARPER & SCINTO

CHARLOTTE C. JACOBSEN
cjacobsen@fchs.com
212-218-2576

www.fitzpatrickcella.com

NEW YORK
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

January 13, 2012

**VIA ECF FILING**

The Honorable J. Frederick Motz
United States District Court for the
District of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, MD 21201

Re: *Genzyme Corp. v. Watson Laboratories, Inc.*, 10-cv-01323, 10-cv-01863

Dear Judge Motz:

We represent Plaintiff Genzyme Corporation ("Genzyme") and write on behalf of both Genzyme and Defendant Watson Laboratories, Inc. ("Watson") in the above-captioned cases.

By way of background, these are patent infringement actions and are related to various actions pending before this Court: Civil Action Nos. 09-cv-0653, 09-cv-0846, 09-cv-1750, 09-cv-2589, 10-cv-1715, 10-cv-1791, and 11-cv-1103 (the "Related Actions").

Since the outset of these cases the parties have engaged in settlement negotiations, and no Rule 16 conference was previously sought and consolidation with the Related Actions was not requested. To date, the parties have filed their respective pleadings and, recently, exchanged initial disclosures.

While settlement negotiations still are open, the parties believe it is appropriate at this juncture to set a schedule through trial. The parties have met and conferred and agreed upon a timetable for pre-trial proceedings that would enable these cases to be ready for trial on the same date set for the Related Actions—September 27, 2012.

A Rule 26(f) Report is being filed concurrently with this letter. The parties respectfully request a Rule 16 conference with Your Honor in order to resolve the parties' remaining discovery dispute, namely, the extent of the discovery to which Watson is entitled.

Counsel thank Your Honor for the Court's consideration of this letter request, and ask that the Court please advise counsel if the Court desires any further information at this time.

Judge Motz
January 13, 2012
Page 2

Respectfully submitted,

*Charlotte C. Jacobsen* (signature)

Charlotte C. Jacobsen

cc: Counsel of record