UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 18, 2012

MEMO TO COUNSEL RE: Genzyme Corp. v. Watson Laboratories, Inc.
Civil No. JFM-10-1323

Dear Counsel:

I am in receipt of Ms. Jacobsen's letter of January 13, 2012 and your Rule 26(f) Discovery Plan.

The schedule proposed in the Rule 26(f) Discovery Plan is hereby approved. A hearing on your discovery dispute will be held on January 31, 2012 at 10:00 am. Unless you request to the contrary, the hearing will be held by telephone. I ask counsel for Genzyme to arrange the call.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge