# Fitzpatrick

FITZPATRICK, CELLA, HARPER & SCINTO

CHARLOTTE C. JACOBSEN
cjacobsen@fchs.com
212-218-2576

www.fitzpatrickcella.com

NEW YORK
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

February 3, 2012

**VIA ECF FILING**

The Honorable J. Frederick Motz
United States District Court for the
District of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, MD 21201

Re:    *Genzyme Corp. v. Watson Laboratories, Inc.*, 10-cv-01323, 10-cv-01863

Dear Judge Motz:

We represent Plaintiff Genzyme Corporation ("Genzyme") in the above-captioned cases and write on behalf of Genzyme and Defendant Watson Laboratories, Inc. ("Watson"). We write to inform the Court of the status of the protective order contemplated by the parties' Rule 26(f) Discovery Plan, which was approved by the Court on January 18, 2012.

The parties stated in their joint Rule 26(f) Discovery Plan that they expected to submit a stipulated protective order to the Court by January 20, 2012. The parties remain in the negotiation process. Genzyme and Watson commit to work toward finalizing a stipulated protective order as soon as they can reach agreement. The parties do not believe any date in the discovery plan will be affected by the delay in reaching agreement on the protective order.

Respectfully submitted,

Charlotte C. Jacobsen

cc:   Counsel of record

FCHS_WS 7355508v1.doc

NEW YORK        WASHINGTON        CALIFORNIA