## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| GENZYME CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **C.A. Nos. 1:10-cv-01323-JFM** |
| | ) | **1 :10-cv-01863-JFM** |
| WATSON LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### STIPULATION REGARDING DISCOVERY AND INFRINGEMENT

Plaintiff Genzyme Corporation ("Genzyme") and Defendant Watson Laboratories, Inc. ("Watson"), by their undersigned counsel, hereby stipulate and agree that:

WHEREAS Genzyme owns United States Patent No. 5,667,775 ("the '775 patent");

WHEREAS Genzyme holds approved New Drug Application ("NDA") No. 022-127 for Renvela® tablets (800 mg) and NDA No. 022-318 for Renvela® powder (2.4 g and 0.8 g packets), which products contain the active ingredient sevelamer carbonate;

WHEREAS Watson filed Abbreviated New Drug Application ("ANDA") Nos. 200827 and 200922 seeking approval to engage in the commercial manufacture, use and/or sale of sevelamer carbonate tablets and sevelamer carbonate powder, respectively;

NOW THEREFORE, the parties, their successors and assigns hereby stipulate, and will not contest before this Court or on appeal, that:

1.     The submission of ANDA Nos. 200827 and 200922, individually and collectively, to the FDA infringed claim 22 of the '775 patent pursuant to 35 U.S.C. § 271(e)(2)(A) to the extent claim 22 of the '775 patent is valid and enforceable;

{09191\0\01094236.DOCvl }

2.      Upon final approval of ANDA No. 200827, the commercial manufacture, use, sale or offer for sale within the United States, or importation into the United States of the sevelamer carbonate tablet product, which is the subject of ANDA No. 200827, would infringe claim 22 of the '775 patent pursuant to 35 U.S.C. § 271(a)-(c) to the extent claim 22 of the '775 patent is valid and enforceable;

3.      Upon final approval of ANDA No. 200922, the commercial manufacture, use, sale or offer for sale within the United States, or importation into the United States of the sevelamer carbonate powder product, which is the subject of ANDA No. 200922, would infringe claim 22 of the '775 patent pursuant to 35 U.S.C. § 271(a)-(c) to the extent claim 22 of the '775 patent is valid and enforceable; and

4.      Except for claim 22, Genzyme agrees that it shall not assert any of the claims of the '775 patent (or any reissue or re-examination thereof) against Watson, its manufacturers, customers, distributors, successors, assigns or anyone in privity therewith, in connection with any sevelamer product that is the subject of any ANDA submitted by Watson, or in connection with any product that is marketed, offered for sale or sold by Watson, its distributors, customers, successors, assigns or anyone in privity therewith that contains sevelamer.

5.      The parties make the above stipulations in light of the construction of claim 22 issued by the United States District Court for the District of Maryland in the actions styled 09-cv-563, 09-cv-0653, 09-cv-0846, 09-cv-1750, 09-cv-2589, 10-cv-1715, 10-cv-1791, 10-cv-1906, and 11-cv-1103 in the Court's Memorandum on claim construction dated February 1, 2011. Genzyme and Watson individually reserve the right to terminate this stipulation if any court adopts an alternative construction that materially alters the infringement analysis.

6.      Genzyme and Watson agree not to take further fact discovery on one another in the above captioned Actions.

{09191\0\01094236.DOCv1 }

7.     By entering into this Stipulation, Watson in no way concedes the validity of claim 22 of the '775 patent.  Nothing herein shall preclude Watson in any way from arguing in the above-captioned case that claim 22 of the '775 patent is invalid.

**AGREED TO**:

Dated:  April 17, 2012

Attorneys for Plaintiff
Genzyme Corporation


/s/ George E. Brown
Geoffrey H. Genth (Bar No. 08735)
George E. Brown (Bar No. 14681)
KRAMON & GRAHAM P.A.
One South Street, Suite 2600
Baltimore, MD 21202
Phone: (410) 752-6030
Facsimile: (410) 539-1269


Of Counsel
Scott K. Reed
Filko Prugo
Donald J. Curry
Brian O'Reilly
Charlotte Jacobsen
Jason E. O'Leary
Jared L. Stringham
FITZPATRICK, CELLA, HARPER &
    SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Phone: (212) 218-2100
Facsimile: (212) 218-2200

Dated:  April 17, 2012

Attorneys for Defendant
Watson Laboratories, Inc


/s/ Joshua A. Glikin
Joshua A. Glikin (Bar No. 26853)
BOWIE & JENSEN, LLC
29 W. Susquehanna Avenue
Suite 600
Towson, Maryland 21204
Phone: (410) 583-2400
Fax: (410) 582-2437
glikin@bowie-jensen.com


Of Counsel
John L. North
Laura F. Fritts
Meghan M. Rachford
KASOWITZ BENSON TORRES &
FRIEDMAN LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, Georgia 30309
Phone: (404) 260-6080
Fax: (404) 260-6081

Norman E.B. Minnear
KASOWITZ BENSON TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Phone: (212) 506-1700
Fax: (212) 500-1800

3

APPROVED:

_____
The Honorable J. Frederick Motz
United States District Judge