**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GENZYME CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC.<br><br>    Defendant. | C.A. No. 1:09-cv-00653-JFM<br>C.A. No. 1:09-cv-00846-JFM<br>C.A. No. 1:10-cv-01791-JFM |
| GENZYME CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SANDOZ INC.<br><br>    Defendant. | C.A. No. 1:09-cv-01750-JFM<br>C.A. No. 1:10-cv-01715-JFM |
| GENZYME CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ENDO PHARMACEUTICALS, INC.<br><br>    Defendant. | C.A. No. 1:09-cv-02589-JFM<br>C.A. No. 1:11-cv-01103-JFM |

| | |
|---|---|
| GENZYME CORPORATION,<br><br>               Plaintiff,<br><br>       v.<br><br>WATSON LABORATORIES, INC.<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:10-cv-01323-JFM<br>)   C.A. No. 1:10-cv-01863-JFM<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF DOCUMENTS UNDER SEAL

Pursuant to Electronic Filing Requirements and Procedures No. 16, this Notice of Filing of Documents Under Seal is filed in place of *EXHIBITS A THROUGH F IN SUPPORT OF DEFENDANTS' LETTER MOTION TO STRIKE EXPERT REPORTS SUBMITTED ON BEHALF OF GENZYME CORPORATION OR, ALTERNATIVELY, FOR LEAVE TO SERVE REPLY EXPERT REPORTS*. A Motion for Leave to File Document Under Seal is being filed contemporaneously with this Notice.

Dated: June 8, 2012

By:   /s/ Adam S. Nadelhaft
    Adam S. Nadelhaft (Bar No. 17802)
    WINSTON & STRAWN LLP
    1700 K Street, N.W.
    Washington, DC  20006
    Tel:  (202) 282-5000
    Fax: (312) 282-5100
    anadelhaft@winston.com

*Of Counsel:*

James F. Hurst (admitted pro hac vice)
Maureen L. Rurka (admitted pro hac vice)
Kevin E. Warner (admitted pro hac vice)
Peter J. Slawniak (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax: (312) 558-5700
jhurst@winston.com
mrurka@winston.com
kwarner@winston.com
pslawniak@winston.com

*Attorneys for Defendant Impax Laboratories, Inc.*

**CERTIFICATION OF SERVICE**

I hereby certify that on June 8, 2012, a copy of the foregoing *NOTICE OF FILING OF DOCUMENT UNDER SEAL* was filed electronically. In compliance with Local Civil Rule 102(1)(c), service required by Fed. R. Civ. P. 5(a) has been made, as notice of electronic filing will be electronically mailed to counsel for all parties

**VIA E-MAIL**

George E. Brown
Andrew J. Graham
Geoffrey H. Genth
KRAMON & GRAHAM P.A.
One South Street, Suite 2600
Baltimore, MD 21202
gbrown@kg-law.com
agraham@kg-law.com
ggenth@kg-law.com
Telephone: (410) 752-6030
Facsimile: (410) 539-1269

*Attorneys for Plaintiff Genzyme Corporation*

Robert B. Hopkins
Susan M. Euteneuer
DUANE MORRIS LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202-6114
Telephone: (410) 949-2937
Facsimile: (410) 949-2976
rbhopkins@duanemorris.com
smeuteneur@duanemorris.com

*Attorneys for Defendant, Sandoz, Inc.*

*Of Counsel:*

Thomas J. Filarski
Meredith M. Addy
Brandon C. Helms
Steptoe and Johnson LLP
115 S LaSalle St., Suite 3100
Chicago, IL 60603
Telephone: (312) 557-1300
Facsimile: (312) 557-1300
tfilarski@steptoe.com
maddy@steptoe.com
bhelms@steptoe.com

Joshua Aaron Glikin
Bowie and Jensen LLC
29 W Susquehanna Ave., Suite 600
Towson, MD 21204
Telephone: (410) 583-2400
Facsimile: (410) 583-2437
glikin@bowie-jensen.com

*Attorneys for Defendant Watson Laboratories, Inc.*

*Of Counsel*:

Laura Fahey Fritts
Sutherland Asbill and Brennan LLP
999 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 853-8428
Facsimile: (404) 853-8806
laura.fritts@sablaw.com

Norman E.B. Minnear
John L North
Kasowitz Benson Torres and Friedman LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1742
Facsimile: (212) 500-3563
jminnear@kasowitz.com
jnorth@kasowitz.com

Jeffrey J Toney
Meghan M Rachford
Kasowitz Benson Torres and Friedman LLP
1360 Peachtree St NE Ste 1150
Atlanta, GA 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
mrachford@kasowitz.com
jtoney@kasowitz.com

J. Stephen Simms
SIMMS SHOWERS LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

*Attorneys for Defendant Endo Pharmaceuticals Inc.*

*Of Counsel*:

Matthew J. Becker
Chad A. Landmon
Thomas K. Hedemann
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone:  (860) 275-8100
Facsimile:  (860) 275-8101
mjb@avhlaw.com
cal@avhlaw.com
tkh@avhlaw.com

**VIA E-MAIL & U.S. MAIL**

Scott K. Reed
Jason E. O'Leary
Filko Prugo
Donald J. Curry
Brian D. O'Reilly
Charlotte Jacobsen
Jared L. Stringham
Fitzpatrick, Cella, Harper & Scinto
1290 Avenues of the Americas
New York, NY 10104-3800
(212) 218-2100 Telephone
sreed@fchs.com
joleary@fchs.com
fprugo@fchs.com
dcurry@fchs.com
boreilly@fchs.com
cjacobsen@fchs.com
jstringham@fchs.com


Dated: June 8, 2012

                                                By:   /s/ Adam S. Nadelhaft
                                                    Adam S. Nadelhaft (Bar No. 17802)
                                                      WINSTON & STRAWN LLP
                                                      1700 K Street, N.W.
                                                      Washington, DC  20006
                                                      Tel:  (202) 282-5000
                                                      Fax: (312) 282-5100
                                                      anadelhaft@winston.com


                                                *Attorney for Defendant Impax Laboratories, Inc.*