**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GENZYME CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>IMPAX LABORATORIES, INC.<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 1:09-cv-00653-JFM<br>)    C.A. No. 1:09-cv-00846-JFM<br>)    C.A. No. 1:10-cv-01791-JFM<br>)<br>)<br>) |
| GENZYME CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>SANDOZ INC.<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 1:09-cv-01750-JFM<br>)    C.A. No. 1:10-cv-01715-JFM<br>)<br>)<br>)<br>) |
| GENZYME CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>ENDO PHARMACEUTICALS, INC.<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 1:09-cv-02589-JFM<br>)    C.A. No. 1:11-cv-01103-JFM<br>)<br>)<br>) |

|                               |     |                              |
|-------------------------------|-----|------------------------------|
| GENZYME CORPORATION,          | )   |                              |
|                               | )   |                              |
| Plaintiff,                    | )   |                              |
|                               | )   |                              |
| v.                            | )   | C.A. No. 1:10-cv-01323-JFM   |
|                               | )   | C.A. No. 1:10-cv-01863-JFM   |
| WATSON LABORATORIES, INC.     | )   |                              |
|                               | )   |                              |
| Defendant.                    | )   |                              |
|                               | )   |                              |

## DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Pursuant to L.R. 105.11, Defendants Impax Laboratories, Inc., Sandoz, Inc., Endo Pharmaceuticals, Inc. and Watson Laboratories, Inc. (collectively, "Defendants"), by and through undersigned counsel, respectfully requests that this Court grant them leave to file *EXHIBITS A THROUGH F IN SUPPORT OF DEFENDANTS' LETTER MOTION TO STRIKE EXPERT REPORTS SUBMITTED ON BEHALF OF GENZYME CORPORATION OR, ALTERNATIVELY, FOR LEAVE TO SERVE REPLY EXPERT REPORTS* under seal. As explained below, Defendants make this motion because of information designated Highly Confidential by Plaintiff Genzyme Corp. ("Genzyme"). In the event that Genzyme opposes the instant Motion to Seal, Defendants do not object to withdrawing their Motion.

Exhibits A and B are the Rebuttal and Supplemental Rebuttal Expert Reports of Professor Alexander M. Klibanov and Dr. Sharon M. Moe, respectively. Exhibits C and D are excerpts from the depositions of Drs. Klibanov and Moe, respectively. Exhibits E and F are the Expert Reports of Professor Geoffrey W. Coates and Dr. F. Gary Toback, respectively. Each Exhibit has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL—FOR COUNSEL'S EYES ONLY" by either Plaintiff or Defendants because they reference material designated as such by Genzyme. The Exhibits discuss documents produced in discovery,

2

GelTex's various research endeavors and other materials that various parties have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL—FOR COUNSEL'S EYES ONLY."

In order for Defendants to properly and sufficiently assert arguments in their *LETTER MOTION TO STRIKE EXPERT REPORTS SUBMITTED ON BEHALF OF GENZYME CORPORATION OR, ALTERNATIVELY, FOR LEAVE TO SERVE REPLY EXPERT REPORTS*, it is necessary to reference these transcript excerpts and expert reports. These Exhibits provide clear evidence of the facts at issue in Defendant's motion, including the nature and content of Plaintiff's supplemental expert reports. To protect the interests of those parties who have invoked confidentiality designations, and to comply with the Court's Protective Orders, Defendants seek to file Exhibits A through F under seal.

Alternatives to filing under seal would not allow Defendants to both fully explain and argue their position while also safely protecting the parties' claims to confidentiality.

In compliance with this Court's Electronic Filing Requirements and Procedures No. 16, a Notice of Filing of Document Under Seal is being filed electronically in lieu of each sealed Exhibit to accompany the unsealed letter motion. The sealed Exhibits will be electronically filed under seal via the CM/ECF v. 4.0 system. Copies of the sealed Exhibits will be transmitted electronically to counsel for all parties contemporaneously with this filing. A proposed Order granting this Motion for Leave to File Under Seal is filed herewith.

Dated: June 8, 2012

By:   /s/ Adam S. Nadelhaft
Adam S. Nadelhaft (Bar No. 17802)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006
Tel:  (202) 282-5000
Fax: (312) 282-5100
anadelhaft@winston.com

Of Counsel:

James F. Hurst (admitted pro hac vice)
Maureen L. Rurka (admitted pro hac vice)
Kevin E. Warner (admitted pro hac vice)
Peter J. Slawniak (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax: (312) 558-5700
jhurst@winston.com
mrurka@winston.com
kwarner@winston.com
pslawniak@winston.com

*Attorneys for Defendant Impax Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2012, a copy of the foregoing *MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL* was filed electronically.  In compliance with Local Civil Rule 102(1)(c), service required by Fed. R. Civ. P. 5(a) has been made, as notice of electronic filing will be electronically mailed to counsel for all parties.

### VIA E-MAIL

George E. Brown
Andrew J. Graham
Geoffrey H. Genth
KRAMON & GRAHAM P.A.
One South Street, Suite 2600
Baltimore, MD 21202
gbrown@kg-law.com
agraham@kg-law.com
ggenth@kg-law.com
Telephone: (410) 752-6030
Facsimile: (410) 539-1269

*Attorneys  for Plaintiff Genzyme Corporation*

Robert B. Hopkins
Susan M. Euteneuer
DUANE MORRIS LLP
111 South Calvert Street, Suite 2000
Baltimore, MD  21202-6114
Telephone: (410) 949-2937
Facsimile: (410) 949-2976
rbhopkins@duanemorris.com
smeuteneur@duanemorris.com

*Attorneys for Defendant, Sandoz, Inc.*

*Of Counsel:*

Thomas J. Filarski
Meredith M. Addy
Brandon C. Helms
Steptoe and Johnson LLP
115 S LaSalle St., Suite 3100
Chicago, IL 60603
Telephone: (312) 557-1300
Facsimile: (312) 557-1300
tfilarski@steptoe.com
maddy@steptoe.com
bhelms@steptoe.com

Joshua Aaron Glikin
Bowie and Jensen LLC
29 W Susquehanna Ave., Suite 600
Towson, MD 21204
Telephone: (410) 583-2400
Facsimile: (410) 583-2437
glikin@bowie-jensen.com

*Attorneys for Defendant Watson
Laboratories, Inc.*

*Of Counsel*:

Laura Fahey Fritts
Sutherland Asbill and Brennan LLP
999 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 853-8428
Facsimile: (404) 853-8806
laura.fritts@sablaw.com

Norman E.B. Minnear
John L North
Kasowitz Benson Torres and Friedman LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1742
Facsimile: (212) 500-3563
jminnear@kasowitz.com
jnorth@kasowitz.com

Jeffrey J Toney
Meghan M Rachford
Kasowitz Benson Torres and Friedman LLP
1360 Peachtree St NE Ste 1150
Atlanta, GA 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
mrachford@kasowitz.com
jtoney@kasowitz.com

J. Stephen Simms
SIMMS SHOWERS LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

*Attorneys for Defendant Endo Pharmaceuticals
Inc.*

*Of Counsel*:

Matthew J. Becker
Chad A. Landmon
Thomas K. Hedemann
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone:  (860) 275-8100
Facsimile:  (860) 275-8101
mjb@avhlaw.com
cal@avhlaw.com
tkh@avhlaw.com

**VIA E-MAIL & U.S. MAIL**

Scott K. Reed
Jason E. O'Leary
Filko Prugo
Donald J. Curry
Brian D. O'Reilly
Charlotte Jacobsen
Jared L. Stringham
Fitzpatrick, Cella, Harper & Scinto
1290 Avenues of the Americas
New York, NY 10104-3800
(212) 218-2100 Telephone
sreed@fchs.com
joleary@fchs.com
fprugo@fchs.com
dcurry@fchs.com
boreilly@fchs.com
cjacobsen@fchs.com
jstringham@fchs.com


Dated: June 8, 2012

By:____/s/ Adam S. Nadelhaft_____
Adam S. Nadelhaft (Bar No. 17802)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006
Tel:  (202) 282-5000
Fax: (312) 282-5100
anadelhaft@winston.com


*Attorney for Defendant Impax Laboratories, Inc.*

: