**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GENZYME CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>IMPAX LABORATORIES, INC.<br><br>   Defendant. | C.A. No. 1:09-cv-00653-JFM<br>C.A. No. 1:09-cv-00846-JFM<br>C.A. No. 1:10-cv-01791-JFM |
| GENZYME CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>SANDOZ INC.<br><br>   Defendant. | C.A. No. 1:09-cv-01750-JFM<br>C.A. No. 1:10-cv-01715-JFM |
| GENZYME CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>ENDO PHARMACEUTICALS, INC.<br><br>   Defendant. | C.A. No. 1:09-cv-02589-JFM<br>C.A. No. 1:11-cv-01103-JFM |

| | |
|---|---|
| GENZYME CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WATSON LABORATORIES, INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:10-cv-01323-JFM<br>)  C.A. No. 1:10-cv-01863-JFM<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of Defendants Impax Laboratories, Inc., Sandoz, Inc., Endo Pharmaceuticals, Inc. and Watson Laboratories, Inc.'s Motion for Leave to File Under Seal with respect to *EXHIBITS A THROUGH F IN SUPPORT OF DEFENDANTS' LETTER MOTION TO STRIKE EXPERT REPORTS SUBMITTED ON BEHALF OF GENZYME CORPORATION OR, ALTERNATIVELY, FOR LEAVE TO SERVE REPLY EXPERT REPORTS*, it is this _____ day of _____, 2012,

**ORDERED** that Defendant's Motion for Leave to File Exhibits Under Seal is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable J. Frederick Motz
　　　　　　　　　　　　　　　　　　　　United States District Judge