UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 15, 2012

MEMO TO COUNSEL RE: Genzyme Corp. v. Sandoz
Civil Nos. JFM-09-1750, 10-1715
Genzyme Corp. v. Impax Laboratories, Inc.
Civil Nos. JFM-09-653, 09-846, 10-1791
Genzyme Corp. v. Endo Pharms. Inc.
Civil No. JFM-09-2589
Genzyme Corp. v. Watson Labs, Inc.
Civil Nos. JFM-10-1323 and 10-1863

Dear Counsel:

I have reviewed your letters of June 8, 2012 and June 13, 2012.

Defendant's request that I strike the new expert reports from Genzyme's experts is denied. However, I will permit defendants in the Non-Watson cases to file supplemental expert reports and extend the discovery deadline so that the depositions of the experts can be taken. Please confer with one another to ascertain if you can agree upon the deadline for the submission of supplemental reports in the Non-Watson cases and the deposition discovery deadline. If you can reach agreement, I will approve the deadlines you suggest. If you cannot, please so advise me, and I will resolve any dispute between you.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge