**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| GENZYME CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:09-cv-02589-JFM |
| | ) | C.A. No. 1:11-cv-01103-JFM |
| ENDO PHARMACEUTICALS INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| GENZYME CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:10-cv-01323-JFM |
| | ) | C.A. No. 1:10-cv-01863-JFM |
| WATSON LABORATORIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| GENZYME CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:09-cv-00653-JFM |
| v. | ) | C.A. No. 1:09-cv-00846-JFM |
| | ) | C.A. No. 1:10-cv-01791-JFM |
| IMPAX LABORATORIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

|  |  |  |
|---|---|---|
| GENZYME CORPORATION, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | C.A. No. 1:09-cv-01750-JFM |
|  | ) | C.A. No. 1:10-cv-01715-JFM |
| SANDOZ INC. | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

**DEFENDANTS WATSON LABORATORIES, INC., ENDO PHARMACEUTICALS INC. IMPAX LABORATORIES, INC., AND SANDOZ INC.'S CONSENT MOTION FOR EXTENSION OF TIME AND <u>ONE WEEK POSTPONEMENT OF THE PRETRIAL CONFERNCE</u>**

Defendants Watson Laboratories, Inc. ("Watson"), Endo Pharmaceuticals Inc. ("Endo"), Sandoz Inc. ("Sandoz"), and Impax Laboratories, Inc. ("Impax") (collectively "Defendants") respectfully move for a one-week extension of time for the submission of the pretrial order and accompanying briefs and for a one-week postponement of the pretrial conference in order to complete the pretrial order and briefing. Counsel for Defendants have conferred with counsel for Plaintiff, Genzyme Corporation ("Genzyme"), who has consented to this motion. A proposed order is attached hereto as Exhibit A.

Trial is scheduled to begin on October 1, 2012. The pretrial order and accompanying briefs are due on September 4, 2012 and the pretrial conference is scheduled for September 5, 2012. Responses to motions <u>in limine</u> are due one day before the submission of the pretrial order, on September 3, 2012 (Labor Day).

Defendants request a one-week extension of time to September 11, 2012 to complete the pretrial order and related briefing. Defendants also request a one-week extension to September 10, 2012 to submit its responses to Genzyme's motions <u>in limine</u>. Defendants also request a one-week

2

postponement of the pretrial conference to September 12, 2012 or a date of the Court's convenience after the pretrial order, briefing, and motion in limine responses are due.

Dated:  August 30, 2012

                                                ____/s/_____
Joshua A. Glikin (Bar No. 26853)
glikin@bowie-jensen.com
BOWIE & JENSEN, LLC
29 W. Susquehanna Avenue
Suite 600
Towson, Maryland 21204
Phone: (410) 583-2400
Fax: (410) 582-2437

John L. North
jnorth@kasowitz.com
Jeffrey J. Toney
jtoney@kasowitz.com
Laura F. Fritts
lfritts@kasowitz.com
Meghan M. Rachford
mrachford@kasowitz.com
KASOWITZ BENSON TORRES &
FRIEDMAN LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, Georgia 30309
Phone: (404) 260-6080
Fax: (404) 260-6081

Norman E.B. Minnear
jminnear@kasowitz.com
KASOWITZ BENSON TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Phone: (212) 506-1700
Fax: (212) 500-1800

*Attorneys for Defendant Watson Laboratories, Inc.*

                                                      ____/s/_____
Adam S. Nadelhaft
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006
Tel:  (202) 282-5000
Fax: (312) 282-5100
anadelhaft@winston.com

James F. Hurst (admitted pro hac vice)
Maureen L. Rurka (admitted pro hac vice)
Kevin E. Warner (admitted pro hac vice)
Samantha L. Maxfield (admitted pro hac vice)
Peter J. Slawniak (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax: (312) 558-5700
jhurst@winston.com
mrurka@winston.com
kwarner@winston.com
smaxfield@winston.com
pslawniak@winston.com

*Attorneys for Defendant Impax Laboratories, Inc.*


____/s/_____
J. Stephen Simms
SIMMS SHOWERS LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

Matthew J. Becker
Chad A. Landmon
Thomas K. Hedemann
AXINN, VELTROP & HARKRIDER LLP

90 State House Square
Hartford, CT 06103
Telephone:  (860) 275-8100
Facsimile:  (860) 275-8101
mjb@avhlaw.com
cal@avhlaw.com
tkh@avhlaw.com

*Attorneys for Defendant Endo Pharmaceuticals Inc.*


_____*/s/*_____
Robert B. Hopkins
Susan M. Euteneuer
DUANE MORRIS LLP
111 South Calvert Street, Suite 2000
Baltimore, MD  21202-6114
Telephone: (410) 949-2937
Facsimile: (410) 949-2976
rbhopkins@duanemorris.com
smeuteneur@duanemorris.com

Thomas J. Filarski
Meredith M. Addy
Brandon C. Helms
Steptoe and Johnson LLP
115 S LaSalle St., Suite 3100
Chicago, IL 60603
Telephone: (312) 557-1300
Facsimile: (312) 557-1300
tfilarski@steptoe.com
maddy@steptoe.com
bhelms@steptoe.com

*Attorneys for Defendant, Sandoz, Inc.*