## **EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENZYME CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:09-cv-02589-JFM |
| ) | C.A. No. 1:11-cv-01103-JFM |
| ENDO PHARMACEUTICALS INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| GENZYME CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:10-cv-01323-JFM |
| ) | C.A. No. 1:10-cv-01863-JFM |
| WATSON LABORATORIES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| GENZYME CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:09-cv-00653-JFM |
| ) | C.A. No. 1:09-cv-00846-JFM |
| IMPAX LABORATORIES, INC. ) | C.A. No. 1:10-cv-01791-JFM |
| ) | |
| Defendant. ) | |

|  |  |  |
|---|---|---|
| GENZYME CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:09-cv-01750-JFM |
| | ) | C.A. No. 1:10-cv-01715-JFM |
| SANDOZ INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME AND ONE WEEK POSTPONEMENT OF THE PRETRIAL CONFERNCE**

Watson, Endo, Impax, and Sandoz having filed a Joint Motion for Extension of Time, and Genzyme having consented to said motion, IT IS HEREBY ORDERED that:

- Watson, Endo, Impax, and Sandoz's responses to Genzyme's motions in limine are due on September 10, 2012.

- The pretrial order and related briefing are due on September 11, 2012.

- The pretrial conference will take place telephonically on September __, 2012 at _____ a.m./p.m.  Counsel for plaintiffs are instructed to circulate a call-in number in advance.

SO ORDERED this ____ day of _____, 2012.

_____
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE