# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENZYME CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 1:09-cv-01750-JFM |
| | )   C.A. No. 1:10-cv-01715-JFM |
| SANDOZ INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| GENZYME CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 1:09-cv-02589-JFM |
| | )   C.A. No. 1:11-cv-01103-JFM |
| ENDO PHARMACEUTICALS, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| GENZYME CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 1:10-cv-01323-JFM |
| | )   C.A. No. 1:10-cv-01863-JFM |
| WATSON LABORATORIES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANTS' NOTICE PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282, Defendants Watson Laboratories, Inc. ("Watson"), Endo

Pharmaceuticals, Inc. ("Endo"), and Sandoz Inc. ("Sandoz," collectively "Defendants") hereby

identify certain publications, patents, and persons to be relied upon as showing, inter alia, double

patenting, anticipation, obviousness, failure to satisfy the written description requirement, failure to satisfy the enablement requirement, or the state of the art relating to the patent-in-suit – U.S. Patent No. 5,667,775.

Defendants affirmatively state that they have already provided and/or will provide notice to Plaintiff of the identity of certain publications, patents, and persons within the ambit of § 282, through the pleadings, correspondence and other documents in this case, including, but not limited to, expert witness reports and materials cited therein, expert witness testimony, Defendants' Invalidity Contentions, Defendants' responses to interrogatories and other written discovery requests, Defendants' Paragraph IV Certification Notice Letters, and the draft Joint Pretrial Order.  Defendants expressly incorporate herein by reference all of those documents, and the publications, patents, and identification of persons within the ambit of § 282 previously cited therein.   Exhibit A hereto also contains a list of publications, patents, and persons of which Defendants give notice to Plaintiff in accordance with 35 U.S.C. § 282.

The listing attached as Exhibit A is provided pursuant to the statutory provisions of 35 U.S.C. § 282.  The inclusion of references in that listing, however, should not be construed as a representation that Defendants will use every one of the references in their presentation of evidence at trial.  No implications therefore should be taken that reliance upon all of these materials is necessary to Defendants' defenses.

Defendants also reserve the right to amend and/or supplement this notice, at least thirty days before trial and thereafter as necessary, if commencement of the trial in this matter is changed from its currently scheduled start date of October 1, 2012.

## I.    SECTION 282 PERSONS

Persons being the prior inventors or unnamed inventors, and/or having prior knowledge of the purported invention or the previous use of the purported invention of the patent-in-suit,

with their last known address, are as follows:

> Harry S. Mandeville
> c/o Counsel for Genzyme Corporation
>
> George M. Whitesides
> c/o Counsel for Genzyme Corporation
>
> Stephen R. Holmes-Farley
> c/o Counsel for Genzyme Corporation

## II.    SECTION 282 PATENTS AND PUBLICATIONS

Please see the items set forth in the pleadings, correspondence and other documents

identified above and Exhibit A.  With respect to the references contained in these documents and

listed on Exhibit A, Defendants refer to all pages of the document unless otherwise noted.

Dated: August 31, 2012

By:    /s/ Joshua Aaron Glikin
      Joshua Aaron Glikin
      BOWIE AND JENSEN LLC
      29 W Susquehanna Ave., Suite 600
      Towson, MD 21204
      Telephone: (410) 583-2400
      Facsimile: (410) 583-2437
      glikin@bowie-jensen.com

      *Attorneys for Defendant Watson Laboratories, Inc.*

      *Of Counsel*:

      Norman E.B. Minnear
      KASOWITZ BENSON TORRES AND FRIEDMAN LLP
      1633 Broadway
      New York, NY 10019
      Telephone: (212) 506-1742
      Facsimile: (212) 500-3563
      jminnear@kasowitz.com

      John L. North
      Jeffrey J. Toney

Laura Fahey Fritts
Meghan M. Rachford
KASOWITZ BENSON TORRES AND FRIEDMAN
LLP
1360 Peachtree St NE Ste 1150
Atlanta, GA 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
jnorth@kasowitz.com
jtoney@kasowitz.com
lfritts@kasowitz.com
mrachford@kasowitz.com

J. Stephen Simms
SIMMS SHOWERS LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

*Attorneys for Defendant Endo Pharmaceuticals, Inc.*

*Of Counsel*:

Matthew J. Becker
Chad A. Landmon
Thomas K. Hedemann
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone:  (860) 275-8100
Facsimile:  (860) 275-8101
mjb@avhlaw.com
cal@avhlaw.com
tkh@avhlaw.com

Robert B. Hopkins
Susan M. Euteneuer
DUANE MORRIS LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202-6114
Telephone:  (410) 949-2937
Facsimile:  (410) 949-2976
rbhopkins@duanemorris.com

smeuteneur@duanemorris.com

*Attorneys for Defendant Sandoz Inc.*

*Of Counsel*:

Thomas J. Filarski
Meredith M. Addy
Brandon C. Helms
STEPTOE AND JOHNSON LLP
115 S. LaSalle St., Suite 3100
Chicago, IL 60603
Telephone:  (312) 557-1300
Facsimile:  (312) 557-1300
tfilarski@steptoe.com
maddy@steptoe.com
bhelms@steptoe.com

**Exhibit A**

| No. | Document | Location |
|---|---|---|
| 1. | U.S. Patent No. 5,667,775 (filed June 6, 1995) (issued Sept. 16, 1997) (inventors Stephen Randall Holmes-Farley, Harry W. Mandeville III and George M. Whitesides) (assigned to GelTex, Inc.) | I002938-52; WATSSEV00007015-29; DDX 25 |
| 2. | U.S. Patent No. 5,496,545 (filed May 5, 1994) (issued March 5, 1996) (inventors Stephen Randall Holmes-Farley, Harry W. Mandeville III and George M. Whitesides) (assigned to GelTex, Inc.) | I002953-63; WATSSEV00007004-14; DDX 31 |
| 3. | U.S. Patent No. 3,383,281 (filed Sept. 22, 1961) (issued May 14, 1968) (inventors Frank J. Wolf and David M. Tennent) (assigned to Merck & Co., Inc.) | I002964-9; WATSSEV00006929-34 |
| 4. | U.S. Patent No. 4,559,391 (filed Nov. 13, 1984) (issued Dec. 17, 1985) (inventors Toshio Ueda, Tadashi Kato, Ryuichi Mukai, & Susumu Harada) (assigned to Nitto Boseki Co., Ltd.) | I002970-4; WATSSEV00006978-82 |
| 5. | U.S. Patent No. 4,071,478 (filed June 7, 1976) (issued Jan. 31, 1978) (inventors Tsung-Ying Shen & Arthur F. Wagner) (assigned to Merck & Co., Inc.) | I002975-80; WATSSEV00006961-66 |
| 6. | U.S. Patent No. 4,626,577 (filed Jan. 6, 1986) (issued Dec. 2, 1986) (inventor Susumu Harada) (assigned to Nitto Boseki Co., Ltd.) | I002981-3; WATSSEV00006990-92 |
| 7. | U.S. Patent No. 4,605,701 (filed Oct. 19, 1984) (issued Aug. 12, 1986) (inventors Susumu Harada, Sakuro Hasegawa & Koichi Sato) (assigned to Nitto Boseki Co., Ltd.) | I002991-7; WATSSEV00006983-89 |
| 8. | U.S. Patent No. 3,980,770 (filed Dec. 5, 1974) (issued Sept. 14, 1976) (inventors Björn G. A. Ingelman, Bernt J. Lindberg, Jan G. Rosengren & Dag E. S. Campbell) (assigned to Pharmacia Aktiebolag) | I002998-3005; WATSSEV00006942-49 |
| 9. | U.S. Patent No. 4,018,826 (filed Nov. 4, 1974) (issued Apr. 19, 1977) (inventors Richard D. Gless, Jr., Daniel J. Dawnson & Robert E. Wingard) (assigned to Dynapol Corp.) | I003006-16; WATSSEV00006950-60 |
| 10. | U.S. Patent No. 3,332,841 (filed Oct. 4, 1961) (issued July 25, 1967) (inventors Cameron Ainsworth & Ralph R. Pfeiffer) (assigned to Eli Lilly & Co.) | I003017-20; WATSSEV00006925-28 |
| 11. | U.S. Patent No. 3,692,895 (filed Sept. 8, 1970) (issued Sept. 19, 1972) (inventors Norman A. Nelson & Gary E. VandenBerg) | I003021-7; WATSSEV00006935-41 |

| No. | Document | Location |
|-----|----------|----------|
| 12. | U.S. Patent No. 4,759,923 (filed June 25, 1987) (issued July 26, 1988) (inventors George A. Buntin & Bernard J. Scheve) (assigned to Hercules Inc.) | I003028-38; WATSSEV00006993-7003 |
| 13. | U.S. Patent No. 4,412,011 (filed Oct. 13, 1981) (issued Oct. 25, 1983) (inventors Kunio Kihara, Hideo Toda, Motokuni Mori & Kohi Sato) (assigned to Mitsubishi Petrochemical Co., Ltd. & Mitsubishi Tuka Pharmaceutical Co., Ltd.) | I003281-90; WATSSEV00006967-77 |
| 14. | U.S. Patent No. 3,092,617 (filed May 20, 1960) (issued June 4, 1963) (inventors Charles A. Feldt & George T. Kekish) (assigned to Nalco Chemical Co.) | S-SEV-001975-81; WATSSEV00008037-43 |
| 15. | U.S. Patent No. 4,184,019 (filed Apr. 20, 1978) (issued Jan. 15, 1980) (inventors Thomas E. Meteyer & William Fries) (assigned to Rohm and Haas Co.) | S-SEV-001453-58; WATSSEV00007968-73 |
| 16. | U.S. Patent No. 4,205,064 (filed Apr. 11, 1979) (issued May 27, 1980) (inventors Arthur F. Wagner, Nathaniel Grier & Tsung-Ting Shen) (assigned to Merck & Co., Inc.) | I004305-21; WATSSEV00008733-49 |
| 17. | U.S. Patent No. 4,228,003 (filed Apr. 17, 1979) (issued Oct. 14, 1980) (inventor Yutaka Makino) (assigned to Takeda Chemical Industries, Ltd.) | I004383-7; WATSSEV00007321-25 |
| 18. | U.S. Patent No. 2,469,683 (filed Sept. 15, 1945) (issued May 10, 1949) (inventors James R. Dudley & Lennart A. Lundberg) (assigned to American Cyanamid Company) | S-SEV-001967-74; WATSSEV00008029-36 |
| 19. | U.S. Patent No. 3,293,195 (filed Nov. 29, 1963) (issued Dec. 20, 1966) (inventor Albert H. Greer) (assigned to Ritter Pfaudler Corporation) | S-SEV-001982-88; WATSSEV00008044-50 |
| 20. | U.S. Patent No. 3,928,192 (filed June 6, 1974) (issued Dec. 23, 1975) (inventors Arthur Katzakian, Jr. & David O. Depree) (assigned to Aeroget-General Corporation) | S-SEV-001442-52; WATSSEV00007957-67 |
| 21. | U.S. Patent No. 4,718,946 (filed Apr. 16, 1984) (issued Jan. 12, 1988) (inventor William Fries) (assigned to Rohm and Haas Co.) | S-SEV-001459-62; WATSSEV00007974-77 |
| 22. | U.S. Patent No. 5,073,272 (filed Feb. 28, 1990) (issued Dec. 17, 1991) (inventors Gary A. O'Neill & John W. Novak, Jr.) (assigned to Aluminum Company of America) | S-SEV-001675-85; WATSSEV00007995-8005 |
| 23. | U.S. Patent No. 5,633,344 (filed Feb. 17, 1995) (issued May 27, 1997) (inventor Garret D. Figuly) (assigned to E.I. Du Pont de Nemours & Company) | S-SEV-001954-66; WATSSEV00008016-28 |
| 24. | U.S. Patent No. 3,920,855 (filed Nov. 30, 1973) (issued Nov. 18, 1975) (inventors Daniel J. Dawson & Josef Rudinger) (assigned to Dynapol) | I004418-26; WATSSEV00007356-64 |

| No. | Document | Location |
|-----|----------|----------|
| 25. | Canadian Patent No. 2,008,114 (filed Jan. 19, 1990) (published July 20, 1990) (inventors Walter Heitz, Thomas Fischer & Bela Kerekjarto) (assigned to Hoescht Aktiengesellshaft) | I003291-308; WATSSEV00007127-44 |
| 26. | WO 94/19379 (filed Feb. 17, 1994) (published Sept. 1, 1994) (inventors Robert Charles Hider & Anthony Canas-Rodriguez) | I004357-82; WATSSEV00007294-320 |
| 27. | PCT Application No. 92/10522 (filed Dec. 6, 1991) (published June 25, 1992) (inventors Fergus McTaggart, Dennis Pemberton & Graham John Smith) | I003217-80; WATSSEV00007030-93 |
| 28. | Great Britain Patent No. 1,238,597 (filed June 12, 1969) (published July 7, 1971) (applicant The Upjohn Company) | I002984-90; WATSSEV00007157-63 |
| 29. | EP 0003914 (filed Feb. 26, 1979) (published May 2, 1984) (inventor Stephen Richard Ash) (assigned to Purdue Research Foundation) | S-SEV-001494-505; WATSSEV00007978-89 |
| 30. | G. Barsotti et al., Anion-Exchange Resins for the Uremic Hyperphosphatemia, 2 MINERAL AND ELECTROLYTE METABOLISM 206 (1979) | I003039-41; WATSSEV00007094 |
| 31. | H. Burt et al., In Vitro Studies Using Ion Exchange Resins as Potential Phosphate Binders for Renal Failure Patients, 9(1) UREMIA INVESTIGATION 35-44 (1985-86) | I003042-53; WATSSEV00007112-21; DDX 37, 52 |
| 32. | H. Burt et al., Ion-Exchange Resins as Potential Phosphate-Binding Agents for Renal Failure Patients: Effect of the Physicochemical Properties of Resins on Phosphate and Bile Salt Binding, 76(5) J. PHARMACEUTICAL SCI. 379-383 (May 1987) | I003054-59; WATSSEV00007122-26 |
| 33. | Dennis  Clifford & Walter J. Weber, Jr., The Determinants of Divalent / Monovalent Selectivity in Anion Exchangers, 1 REACTIVE POLYMERS 77-89 (1983) | I003060-74; WATSSEV00007145-51 |
| 34. | B.M. Evans et al., Ion-Exchange Resins in the Treatment of Anuria, 265(2) THE LANCET 791 (July - Dec. 1953) | I003075-82; WATSSEV00007152-56 |
| 35. | H. Jönsson, The SMR Process - A New Ion Exchange Process to Demineralise Cheese Whey with Rrecovery of Regenerant, 36 MILCHWISSENSCHAFT 8, 482-86 (1981) | I003083-91; WATSSEV00007164-70 |
| 36. | S. Kobayashi, Ethylenimine Polymers, 15 PROG. POLYM. SCI. 751-823 (1990) | I003092-164; WATSSEV00007171-243 |

| No. | Document | Location |
|---|---|---|
| 37. | T.J. McGary et al., <u>Polycation As an Alternative Osmotic Agent and Phosphate Binder in Peritoneal Dialysis</u>, 8(2) UREMIA INVESTIGATION 79 (1984-1985) | I003165-70; WATSSEV00006876-81 |
| 38. | H. Schneider et al., <u>Aluminum-free oral phosphate binder</u>, 24 CLIN. NEPHROLOGY S98-S102 (Supp. 1 1985) | I003171-7; WATSSEV00006882-88 |
| 39. | J. Schubert, <u>Ion Exchange</u>, ANN. REV. OF PHYSICAL CHEMISTRY, vol. 5, p. 413-448 (1954) | I003178-216; WATSSEV00006889-924 |
| 40. | C.R. Blagg, <u>The Management of Acute Reversible Intrinsic Renal Failure</u>, 43 POSTGRAD. MED. J. 290-306 (Apr. 1967) | I003309-20; WATSSEV00007095-111 |
| 41. | R. Grynpas & M. Silverman, <u>Organic Ion Exchange Resins as Substitutes for Aluminum Hydroxide Gels</u>, ARTIFICIAL ORGANS 276-78 (1986) | S-SEV-001663-7; WATSSEV00007992-94 |
| 42. | R. Hahn et al., <u>Removal of Phosphate by Ion-Exchange</u>, 9 ANALYTICA CHIMICA ACTA 223-25 (1953) | S-SEV-002121-3; WATSSEV00008051-53 |
| 43. | F. Schuber, <u>Influence of Polyamines on Membrane Functions</u>, 260 BIOCHEM. J. 1-10 (1989) | S-SEV-001944-53; WATSSEV00008006-15 |
| 44. | J.A. Ramirez, <u>The Absorption of Dietary Phosphorous and Calcium in Hemodialysis Patients</u>, 30 KIDNEY INT'L 753-59 (1986) | GEN-SEV-00279354-60 |
| 45. | J.A. Delmez, <u>Hyperphosphatemia: Its Consequences and Treatment in Patients with Chronic Renal Disease</u>, 19(4) AM. J. KIDNEY DISEASE, 303-17 (Apr. 1992) | GEN-SEV-00279361-75 |
| 46. | S. Randy Holmes-Farley et al., <u>Design and Characterization of Sevelamer Hydrochloride: A Novel Phosphate-Binding Pharmaceutical</u>, A36 (7&8) J.M.S. – PURE APPL. CHEM. 1085-91 (1999) | GEN-SEV-00078533-9 DDX 45 |
| 47. | Andrei A. Zagorodni, ION EXCHANGE MATERIALS: PROPERTIES AND APPLICATIONS (Elsevier, 2006) | I004340-1; WATSSEV00007278-79 |
| 48. | T. Whelan, POLYMER TECHNOLOGY DICTIONARY (Chapman & Hall, 1994) | I005015-22; GEN-SEV-00318276-80; I004342-44; ATSSEV00007949-56; 7280-82 & 7280-82 |
| 49. | M.S.M. Alger, POLYMER SCIENCE DICTIONARY (Chapman & Hall, 1989) | I004427-30; I004345-47; GEN-SEV-00318281-85; WATSSEV00007365-68; WATSSEV00007283-85 |
| 50. | U.S. Patent Application Serial No. 08/470,940 Prosecution History | I003743-856; WATSSEV00008143-256 |
| 51. | U.S. Patent Application Serial No. 08/105,591 Prosecution History | I003857-945; DDX 44; WATSSEV00008054-142 |

| No. | Document | Location |
|---|---|---|
| 52. | U.S. Patent No. 5,496,545 Prosecution History | I003957-4125; DDX 36; WATSSEV00008257-412 |
| 53. | U.S. Patent No. 5,667,775 Prosecution History | I004141-304; WATSSEV00008413-732 |
| 54. | S. Randy Holmes-Farley, Novel Polymeric Pharmaceuticals: From Startup to Market (proofs) | GEN-SEV-00286147-53; DDX 42 |
| 55. | IUPAC Gold Book, at 1123 (1994) | http://goldbook.iupac.org/H02906.html |
| 56. | S. Randy Holmes-Farley et al., Design and Characterization of Sevelamer Hydrochloride: A Novel Phosphate-Binding Pharmaceutical (unpublished) | GEN-SEV-00277907-14; DDX 40 |
| 57. | Material Safety Data Sheet (MSDS) for Bio-Rex 5 | WATSSEV00007286-90 |
| 58. | The Charles Goodyear Story, GOODYEAR, http://www.goodyear.com/corporate/history/history_story.html, (last visited Apr. 17, 2011) | http://www.goodyear.com/corporate/history/history_story.html; WATSSEV00007291-93 |
| 59. | P.K. Dhal, C. C. Huval; S.R. Holmes-Farley, Functional polymers as human therapeutic agents, 44 IND. ENG. CHEM. RES. 8593-8604 (2005) | I004866-77; WATSSEV00007804-15 |
| 60. | Leo Gros, Helmut Ringsdorf & Hans Schupp, Polymeric Antitumor Agents on a Molecular and on a Cellular Level?, 20(4) ANGEWANDTE CHEMIE INT'L ED. 305 (Apr. 1981) | I004878-98; WATSSEV00007816-36 |
| 61. | U.S. Patent No. 5,702,696 (filed Dec. 6, 1995) (issued Dec. 30, 1997) (inventors Harry W. Mandeville III and George M. Whitesides) (assigned to GelTex Pharmaceuticals) | I004929-44; WATSSEV00007863-91 |
| 62. | U.S. Patent No. 5,300,288 (filed April 5, 1991) (issued April 5, 1994) (inventor Robert L. Albright) (assigned to Rohm and Haas Co.) | I004914-28; WATSSEV00007848-62 |
| 63. | U.S. Patent No. 6,281,252 (filed Sept. 25, 2000) (issued Aug. 28, 2001) (inventors Stephen Randall Holmes-Farley and Harry W. Mandeville III) (assigned to GelTex Pharmaceuticals, Inc.) | I005004-14; WATSSEV00007938-48 |
| 64. | U.S. Patent No. 6,177,478 (filed July 22, 1999) (issued Jan. 23, 2001) (inventors Stephen Randall Holmes-Farley and Harry W. Mandeville III) (assigned to GelTex Pharmaceuticals, Inc.) | I004994-5003; WATSSEV00007928-37 |
| 65. | WO Publication No. 94/27577 (filed Apr. 15, 1994) (published Dec. 8, 1994) (inventors Francis Bernard Chapura, Jamesina Anne Fitzgerald, Jeffrey Scott Hudson, Charlene Patricia Taylor) | I004945-72; WATSSEV00007892-906 |

| No. | Document | Location |
|-----|----------|----------|
| 66. | Robert D. Schuetz & Lyman R. Caswell, Effects of Temperature and Catalyst Variation upon the Stereochemistry of Hydrogenation of Disubstituted Benzenes, 27 J. ORGANIC CHEM. 486 (1962) | I004910-13; WATSSEV00007274-77 |
| 67. | Olov Sterner, CHEMISTRY HEALTH AND ENVIRONMENT 81 (1999) | I004988-93; WATSSEV00007922-27 |
| 68. | Brian J. Neely et al., Mutual Solubility Measurements of Hydrocarbon–Water Systems Containing Benzene, Toluene, and 3-Methylpentane, 53 J. CHEM. ENG. DATA 165-74 (2008) | I004900-9; WATSSEV00007838-47 |
| 69. | J. Yan et al., Water Uptake and Pore Volume Determination of Porous Styrene-Divinylbenzene Copolymers, 43 REACTIVE & FUNCTIONAL POLYMERS 227 (2000) | I004973-8; WATSSEV00007907-12 |
| 70. | Z. Pu, POLYMER DATA HANDBOOK 829-36 (1999) | I004979-87; WATSSEV00007913-21 |
| 71. | IUPAC, COMPENDIUM OF CHEMICAL TERMINOLOGY (A. D. McNaught and A. Wilkinson eds., 1997) | I004899; WATSSEV00007837 |
| 72. | E.E. Braunsteiner & H.F. Mark, Aromatic Polymers, 9 J. POLYMER SCI. 83 (1974) | GEN-SEV-00318557-600 |
| 73. | Comm'n on Macromolecular Nomenclature, Int'l Union of Pure & Applied Chem., Nomenclature of Regular Single-Strand Organic Polymers, 48 PURE & APPL. CHEM. 373 (1975) | GEN-SEV-00318601-12 |
| 74. | Comm'n of Macromolecular Nomenclature, Int'l Union of Pure & Applied Chem., Nomenclature of Regular Double-Strand (Ladder and Spiro) Organic Polymers (IUPAC Recommendations 1993), 65 PURE & APPL. CHEM. 1561 (1993) | GEN-SEV-00318537-56 |
| 75. | Gaurav Chatterjee & Shalini Prasad, Polystyrene: Properties and It's Applications in Sensing Platforms, in POLYSTYRENE: PROPERTIES, PERFORMANCE AND APPLICATIONS 119 (James E. Gray ed., 2011) | GEN-SEV-00318613-24 |
| 76. | James L. Throne, TECHNOLOGY OF THERMOFORMING 55-104 (1996) | GEN-SEV-00318866 -918 |
| 77. | Joachim Weiss, ION CHROMATOGRAPHY 32-40, 271-86 (2d ed. 1995) | GEN-SEV-00318838-65 |
| 78. | J.L. Lundberg & E.J. Mooney, Diffusion and Solubility of Methane in Polyisobutylene, 7 J. POLYMER SCI. 947 (1969) | I005042-57 |
| 79. | Christine V. Bilicki, Effects of Anions on Adsorption of Bile Salts by Colestipol Hydrochloride, 6(9) PHARMA RES. 794 (1989) | I005059-62; WATSSEV00007265-68 |

| No. | Document | Location |
|-----|----------|----------|
| 80. | WO Publication WO2006/072054 | I005087-138 |
| 81. | Jan W. Gooch, ENCYCLOPEDIA DICTIONARY OF POLYMERS (2011). | I005139 |
| 82. | Yasuhiko Iwasaki & Kazunari Akiyoshi, Highly Wettable Polyethylene Films Generated by Spontaneous Surface Enrichment of Perfluoroalkylated Phosphorylcholines, 102 J. APPLIED POLYMER SCI. 2868-2874 (2006) | I005154-60 |
| 83. | Sudeep Maheshwari et al., Synthesis and Thermodynamic Properties of Poly(cyclohexylethylene-b-dimethylsiloxane-b-cyclohexylethylene), 40 MACROMOLECULES 6638-6646 (2007) | I005161-69 |
| 84. | IUPAC Gold Book "Macroporous Polymers" | I005173 |
| 85. | Cleopatra Vasiliu Oprea and Marcci Popa, Opening of Aromatic Rigns in Mechanochemical Polymerization of Benzene and Pyridine, 127 DIE ANGEWANDTE MAKROMOLEKULARE CHEMIE 49 (1984) | I005180-89 |
| 86. | George W. Whitesides et al., Polyvalent Interactions in Biological Systems: Implications for Design and Use of Multivalent Ligands and Inhibitors, 37 ANGEW. CHEM. INT. ED. 2769 (1998) | I005193-233 |
| 87. | Andrei A. Zagorodni, ION EXCHANGE MATERIALS: PROPERTIES AND APPLICATIONS (Elsevier, 2006) | I004340-1; I002594-303 |
| 88. | Xiangxu Chen et al., A Thermally Re-mendable Cross-Linked Polymeric Material, 295 SCIENCE 1698 (March 2002) | I005250-5 |
| 89. | Huntsman, Modification of Polyolefins with Elastamine® Polyetheramines | I005319-21 |
| 90. | Eric N. Chauvel et al., Investigation of the Active Site of Aminopeptidase A Using a Series of new Thiol-Containing Inhibitors, 37 J. MED. CHEM. 1339, 1345 (1994) | I005311-18 |
| 91. | Tersuji Kametani et al., Synthesis of Aromatic Sesquiterpenes, -Cuparene and –Laurene by Means of an Intermolecular Carbenoid Displacement (ICD) Reaction, J. CHEM. SOC. PERKIN TRANS. I. 193 (1988) | I005304-10 |
| 92. | UNITED STATES RENAL DATA SYSTEM, USRDS END-STAGE RENAL DISEASE INCIDENT AND PREVALENT QUARTERLY UPDATE, available at www.usrds.org/adr.htm (last visited August 24, 2011) | I004719; WATSSEV00007657 |

| No. | Document | Location |
|---|---|---|
| 93. | Magdalene Assimon et al., The Effect of Sevelamer Hydrochloride and Calcium-Based Phosphate Binders on Mortality in Hemodialysis Patients: A Need for More Research, 25(1) CONSULTANT PHARMACIST 41 (Jan. 2010) | I004479-92; WATSSEV00007417-30 |
| 94. | I. Martinez et al., A deficit of calcitriol synthesis may not be the initial factor in the pathogenesis of secondary hyperparathyroidism, 11 NEPHROL. DIAL. TRANSPLANT SUPPL. 3 Supp. 22 (1996) | I004453-59; WATSSEV00007391-97 |
| 95. | Anthony J. Bleyer et al., A Comparison of the Calcium-Free Phosphate Binder Sevelamer Hydrochloride with Calcium Acetate in the Treatment of Hyperphosphatemia in Hemodialysis Patients, 33 AM. J. KIDNEY DIS. 694 (1999) | GEN-SEV-00318369-76 |
| 96. | G.M. Berlyne et al., Hyperaluminaemia from aluminum resins in renal failure, 2 LANCET 494 (1970) | I004444-47; WATSSEV00007382-84 |
| 97. | Allen C. Alfrey, Aluminum and Renal Disease, in 102 CONTRIBUTIONS TO NEPHROLOGY: MOVING POINTS IN NEPHROLOGY 110 (Edmund Bourke et al. ed., 1993) | I004803-22; WATSSEV00007741-60 |
| 98. | Allen C. Alfrey et al., The Dialysis Encephalopathy Syndrome. Possible Aluminum Intoxication, 294 NEW ENGL. J. MED. 184 (1976) | GEN-SEV-00318364-68 |
| 99. | Allen C. Alfrey, Dialysis Encephalopathy Syndrome, 29 ANN. REV. MED. 93 (1978) | GEN-SEV-00318358-63 |
| 100. | Renal Business, Genzyme Transitions Renagel Users to Renvela, Feb. 26, 2009, available at http://www.renalbusiness.com/articles/2009/02/genzyme-transitions-renagel-users-to-renvela.aspx  (last visited Aug. 24, 2011) | I004493; WATSSEV00007431 |
| 101. | Wajeh Y. Qunibi et al., Treatment of Hyperphosphatemia in Hemodialysis Patients: The Calcium Acetate Renagel Evaluation (CARE Study), 65 KIDNEY INT'L 1914 (2004) | I004514-26; WATSSEV00007452-64 |
| 102. | Wajeh Qunibi et al., A 1-Year Randomized Trial of Calcium Acetate Versus Sevelamer on Progression of Coronary Artery Calcification in Hemodialysis Patients With Comparable Lipid Control: The Calcium Acetate Renagel Evaluation-2 (CARE-2) Study, 51(6) AM. J. KIDNEY DIS. 952 (Jun. 2008) | I004720-33; WATSSEV00007658-71 |
| 103. | Steven Fishbane et al., A Randomized Parallel, Open-Study to Compare Once-Daily Sevelamer Carbonate Powder Dosing with Thrice-Daily Sevelamer Hydrochloride Tablet Dosing in CKD Patients on Hemodialysis, 55 AM. J. KIDNEY DIS. 307 (2010) | GEN-SEV-00318286-94 |

| No. | Document | Location |
|-----|----------|----------|
| 104. | Eli Friedman, Calcium-Based Phosphate Binders Are Appropriate in Chronic Renal Failure, 1 CLIN. J. AM. SOC. NEPHROL. 704 (2006) | I004447-52; WATSSEV00007385-90 |
| 105. | Stanley Goldfarb & Kevin Martin, Disorders of Divalent Ions, Renal Bone Disease, and Nephrolithiasis, 9(5) NEPHSAP 278 (Sept. 2010) | I004823-32; WATSSEV00007761-70 |
| 106. | S. Kuroda et al., Effect of Iron as a New Type of Phosphate Binder in Hemodialysis Patients, 37 Jpn. J. Nephrol. 468 (1995) | GEN-SEV-00318400-05 |
| 107. | Klaus Schaefer et al., Calcium Acetate: New Hope in the Treatment of Uremic Hyperphosphatemia?, 3 SEMINARS IN DIALYSIS 65 (1990) | GEN-SEV-00318326-27 |
| 108. | Klaus Schaefer et al., Alternative Phosphate Binders: An Update, 8 NEPHROL. DIAL. TRANSPLANT 35 (1993) | GEN-SEV-00318084-90 |
| 109. | Bruce A. Molitoris et al., Citrate: A Major Factor in the Toxicity of Orally Administered Aluminum Compounds, 36 KIDNEY INT'L 949 (1989) | GEN-SEV-00318304-08 |
| 110. | Chen H. Hsu, Are We Mismanaging Calcium and Phosphate Metabolism in Renal Failure?, 29 AM. J. KIDNEY DIS. 641 (1997) | GEN-SEV-00318295-303 |
| 111. | Eduardo Slatopolsky et al., Long-term Effects of Calcium Carbonate and 2.5 mEq/liter Calcium Dialysate on Mineral Metabolism, 36 KIDNEY INT'L 897 (1989) | GEN-SEV-00318309-15 |
| 112. | Glenn M. Chertow et al., Sevelamer attenuates the progression of coronary and aortic calcification in hemodialysis patients, 62 KIDNEY INT'L 245 (2002) | GEN-SEV-00318377-84 |
| 113. | Albert Fournier et al., Calcium on trial: Beyond a reasonable doubt?, 63 KIDNEY INT'L 382 (2003) | I004431-32; WATSSEV00007369-70 |
| 114. | Sophie A. Jamal et al., The effects of calcium-based versus non-calcium based phosphate binders on mortality among patients with chronic kidney disease: a meta-analysis, 24 NEPHROL. DIAL. TRANSLPLANT 3168 (2009) | I004566-72; WATSSEV00007504-10 |
| 115. | Peter A. McCullough et al., Determinants of coronary vascular calcification in patients with chronic kidney disease and end-stage renal disease: A systematic review, 17 J. NEPHROL. 205 (2004) | I004460-70; WATSSEV00007398-408 |
| 116. | Daniela Veit Barreto et al., Phosphate Binder Impact on Bone Remodeling and Coronary Calcification – Results from the BRiC Study, 110 NEPHRON. CLIN. PRACT. 273 (2008) | I004433-43; WATSSEV00007409-16 |
| 117. | Tarek Sadek et al., Sevelamer hydrochloride with or without alphacalcidol or higher dialysate calcium vs calcium carbonate in dialysis patients: An open-label, randomized study, 18 NEPHROL. DIAL. TRANSPLANT 582 (2003) | I004471-78 |

| No. | Document | Location |
|---|---|---|
| 118. | G.A. Block et al., Effects of Sevelamer and Calcium on Coronary Artery Calcification in Patients new to Hemodialysis, 68, KIDNEY INT'L 1815 (2005) | GEN-SEV-00318340-49 |
| 119. | W.N. Suki et al., Effects of Sevelamer and Calcium-Based Phosphate Binders on Mortality in Hemodialysis Patients, 72 KIDNEY INT'L 1130 (2007) | GEN-SEV-00318350-57 |
| 120. | W.L. St. Peter et al., A Comparison of Sevelamer andCalcium-Based Phosphate Binders on Mortality, Hospitalization, and Morbidity in Hemodialysis: A Secondary Analysis of the Dialysis Clinical Outcomes Revisited (DCOR) Randomized Trial using Claims Data, 51 AM. J. KIDNEY DIS. 445 (2008) | GEN-SEV-00318316-25 |
| 121. | D. Russo et al., The Progression of Coronary Artery Calcification in Predialysis Patients on Calcium Carbonate or Sevelamer, 72 KIDNEY INT'L 1255 (2007) | GEN-SEV-00318333-39 |
| 122. | S.D. Navaneethan et al., Phosphate binders for preventing and treating bone disease in chronic kidney disease patients (Review),  2 COCHRANE LIBRARY 1 (2011) | I004573-718; WATSSEV00007511-656 |
| 123. | Stanley Goldfarb et al., Renal osteodystrophy, disorders of divalent ions, and nephrolithiasis, 3(2) NEPHSAP 92 (Mar. 2004) | I004734-66; WATSSEV00007672-704 |
| 124. | Stanley Goldfarb et al., Renal osteodystrophy, disorders of divalent ions, and nephrolithiasis, 4(5) NEPHSAP 245 (Sept. 2005) | I004767-802; WATSSEV00007705-40 |
| 125. | E. Ritz et al., Oral Phosphate Binders Without Aluminum and Calcium—a Pipe Dream?, 11 NEPHROL. DIAL. TRANSPLANT 766 (1996) | GEN-SEV-00318167-69 |
| 126. | J. Y. Legendre et al., Efficient Phosphate Binding Using a Combination of Gluconolactate and Carbonate Calcium Salts, 19 J. CLIN. PHARM. THER. 233 (1994) | GEN-SEV-00318078-83 |
| 127. | F. Caravaca et al., Calcium Acetate Versus Calcium Carbonate as Phosphate Binders in Hemodialysis Patients, 60 NEPHRON 423 (1992) | GEN-SEV-00318173-77 |
| 128. | James A. Delmez et al., Magnesium Carbonate as a Phosphorus Binder: A Prospective, Controlled, Crossover Study, 49 KIDNEY INT'L 163 (1996) | GEN-SEV-00318328-32 |
| 129. | 2011 UpToDate, Treatment of Hyperpohsophatemia in Chronic Kidney Disease | I004844-65; WATSSEV00007782-803 |
| 130. | 2011 UpToDate, Calcium Acetate: Drug Information | I004833-38; WATSSEV00007771-76 |
| 131. | 2011 UpToDate, Sevelamer: Drug Information | I004839-43; WATSSEV00007777-81 |
| 132. | Drugs@FDA, Questran Drug Details (NDA #016640) | GEN-SEV-00318247 |
| 133. | Drugs@FDA, Colestid Drug Details (NDA #017563) | GEN-SEV-00318246 |
| 134. | Drugs@FDA, Renagel Drug Details (NDA #020926) | GEN-SEV-00318271 |

| No. | Document | Location |
|-----|----------|----------|
| 135. | Drugs@FDA, Renvela Drug Details (NDA #022127) | GEN-SEV-00318269 |
| 136. | Drugs@FDA, Renvela Drug Details (NDA #022318) | GEN-SEV-00318270 |
| 137. | DRUGS@FDA, Renagel Capsule Label, approved 10/30/1998 (NDA #020926) | I004527-32; WATSSEV00007465-70 |
| 138. | DRUGS@FDA, Renvela Tablet Label, approved 10/19/2007 (NDA #022127) | I004548-62; WATSSEV00007486-500 |
| 139. | DRUGS@FDA, Renagel Tablet Label, approved 6/11/2011 (NDA #021179) | I004533-47; WATSSEV00007471-85 |
| 140. | DRUGS@FDA, Rocaltrol Approval History (NDA #018044) | I004563-65; WATSSEV00007501-3 |
| 141. | DRUGS@FDA, PhosLo Approval History (NDA # 019976) | I004504-05; WATSSEV00007442-43 |
| 142. | DRUGS@FDA, Phoslyra Label, approved 4/19/2011 (NDA #022581) | I004506-13; WATSSEV00007444-51 |
| 143. | Renagel® Prescribing Information | Exhibit D to Moe Rept.; WATSSEV00007444-51 |
| 144. | Renvela® Prescribing Information | Exhibit E to Moe Rept.; WATSSEV00007341-55 |
| 145. | Ltr M. Kober, DDMAC, to M. Carter, GelTex (Aug. 17, 2001) | I004494-503; WATSSEV00007432-41 |
| 146. | Sharon M. Moe & Glenn M. Chertow, The Case Against Calcium-Based Phosphate Binders, 1 CLINICAL J. AM. SOC. NEPHROL. 697 (2006) | GEN-SEV-00318919-25 |
| 147. | Kathleen Hill et al., Abstract, Calcium Carbonate Supplement Produces Positive Calcium Balance in Stage 3/4 Chronic Kidney Disease, AM. SOC'Y FOR BONE & MINERAL RES. 2011 ANNUAL MEETING S184 (2011) | GEN-SEV-00318940 |
| 148. | David M. Speigel & Kate Brady, Calcium Balance in Normal Individuals and in Patients with Chronic Kidney Disease on Low- and High-Calcium Diets, 81 KIDNEY INT'L 1116 (2012) | GEN-SEV-00318625-31 |
| 149. | National Kidney Foundation, K/DOQI Clinical Practice Guidelines for Bone Metabolism and Disease in Chronic Kidney Disease, 42 AM. J. KIDNEY DIS. S1 (2003) | GEN-SEV-00318632-838 |
| 150. | Sharon M. Moe, Confusion on the Complexity of Calcium Balance, 23 SEMINARS IN DIALYSIS 492 (2010) | GEN-SEV-00318934-39 |
| 151. | Katherine Wesseling-Perry et al., Calcitriol and Doxercalciferol Are Equivalent in Controlling Bone Turnover, Suppressing Parathyroid Hormone, and Increasing Fibroblast Growth Factor-23 in Secondary Hyperparathyroidism, 79 KIDNEY INT'L 112 (2010) | GEN-SEV-00318926-33 |

| No. | Document | Location |
|-----|----------|----------|
| 152. | Kidney Disease: Improving Global Outcomes (KDIGO) CKD–MBD Work Group, KDIGO Clinical Practice Guideline for the Diagnosis, Evaluation, Prevention, and Treatment of Chronic Kidney Disease–Mineral and Bone Disorder (CKD–MBD), 76 KIDNEY INT'L S1 (2009) | GEN-SEV-00318406-536 |
| 153. | Glenn M. Chertow et al., A Randomized Trial of Sevelamer Hydrochloride [RenaGel] With and Without Supplemental Calcium; Strategies for the Control of Hyperphosphatemia and Hyperparathyroidism in Hemodialysis Patients, 51 CLIN. NEPHROL. 18-26 (1999) | I005033-41 |
| 154. | 2012 UpToDate, Clinical Manifestations of Hypocalcemia, Table 1 | I005058 |
| 155. | Robert N. Foley et al., Hypocalcemia, morbidity, and mortality in end-stage renal disease, 16(5) AM. J. NEPHROL. 386-93 (1996) | I005284-93 |
| 156. | Jack W. Coburn et al., The physiochemical state and renal handling of divalent ions in chronic renal failure, 124 ARCH. INTERN. MED. 302 (Sept. 1969) | I005063-72 |
| 157. | Robert R. Recker & Paul D. Saville, Calcium absorption in renal failure: Its relationship to blood urea nitrogen, dietary calcium intake, time on dialysis, and other variables, 78 J. LAB. CLIN. MED. 380, 380 (1971) | I005078-86 |
| 158. | J. Lemann & M.J. Favus, The Intestinal absorption of calcium, magnesium, and phosphate, in PRIMER ON THE METABOLIC BONE DISEASES & DISORDERS OF MINERAL METABOLISM at 63-67 (1999) | I005140-6 |
| 159. | M.S. Sheikh et. al., Role of vitamin D-dependent and vitamin D-independent mechanisms in absorption of food calcium, 81 J. CLIN. INVESTIG. 126, 126 (1988) | I005147-53 |
| 160. | R.H. Wasserman, Vitamin D and the Dual Process of Intestinal Calcium Absorption, 134 J. NUTRITION 3137, 3138 (May 2004) | I005170-2 |
| 161. | Ruth L. Smothers et al., Relationship between urinary calcium and calcium intake during calcitriol administration, 29 KIDNEY INT'L 578–583 (1986) | I005180-89 |
| 162. | Piergiorgio Bolasco, Effects of the Use of Non-Calcium Phosphate Binders in the Control and Outcome of Vascular Calcifications: A Review of Clinical Trials on CKD Patients, INT'L J. NEPHROLOGY 1-8 (2011) | I005256-63 |

| No. | Document | Location |
|---|---|---|
| 163. | Wajeh Quinibi, Larry R. Muenz & Jose A. Diaz-Buxo, <u>Comment: The CARE-2 study results: setting the record straight</u>, 23 NEPHROL. DIAL. TRANSPLANT 4081 (2008) | I005190-2 |
| 164. | Katie Beth Williams & Hector F. DeLuca, <u>Characterization of intestinal phosphate absorption using a novel in vivo method</u>, 292 AM. J. PHYSIOL. E1917-E1921, E1917 (2007) | I005236-40 |
| 165. | Cristina Karohl et al., <u>Effects of bone remodelling on calcium mass transfer during haemodialysis</u>, 25(4) NEPHROL. DIAL. TRANSPLANT 1244–1251 (2010) | I005241-8 |
| 166. | Keryx Biopharmaceuticals, "About Zerenex," available at <u>http://www.keryx.com/page.cfm?hmid=20&smid=20&pg=15</u> | I005249 |
| 167. | X.X. Zhu et al., <u>Polymeric Sorbents for Bile Acids. I: Comparison between Cholestyramine and Colestipol</u>, 81 J. PHARMA SCI. 65 (1992) | I005073-7; WATSSEV00007269-73 |
| 168. | Wajeh Y. Qunibi & William L. Henrich, <u>Pathogenesis of Renal Osteodystrophy</u>, 2012 UpToDate (June 13. 2012) | I005264-83 |
| 169. | V. Hagmaier et al., <u>Prüfung der Wirksamkeit eines oxalatbindenden Anionenaustauschers Colestid an gesunden Probanden zum Einsatz bei der idiopathischen Calcium-Oxalat-Urolithiasis</u>, 48 HEL. CHIR. ACTA 421-24 (1981) | WATSSEV00007260-64 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, a copy of the foregoing **DEFENDANTS'**

**NOTICE PURSUANT TO 35 U.S.C. § 282** was served electronically upon counsel of record in

this case as set forth below:

## VIA E-MAIL

George E. Brown
Andrew J. Graham
Geoffrey H. Genth
KRAMON & GRAHAM P.A.
One South Street, Suite 2600
Baltimore, MD 21202
gbrown@kg-law.com
agraham@kg-law.com
ggenth@kg-law.com
Telephone: (410) 752-6030
Facsimile: (410) 539-1269

*Attorneys  for Plaintiff Genzyme
Corporation*

J. Stephen Simms
SIMMS SHOWERS LLP
20 South Charles Street, Suite 702
Baltimore, MD 21201
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

*Attorneys for Defendant Endo Pharmaceuticals,
Inc.*

*Of Counsel*:

Matthew J. Becker
Chad A. Landmon
Thomas K. Hedemann
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone:  (860) 275-8100
Facsimile:  (860) 275-8101
mjb@avhlaw.com
cal@avhlaw.com
tkh@avhlaw.com

Robert B. Hopkins
Susan M. Euteneuer
Duane Morris LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202-6114
Telephone:  (410) 949-2937
Facsimile:  (410) 949-2976
rbhopkins@duanemorris.com
smeuteneur@duanemorris.com

*Attorneys for Defendant Sandoz Inc.*

*Of Counsel*:

Thomas J. Filarski
Meredith M. Addy
Brandon C. Helms
Steptoe and Johnson LLP
115 S. LaSalle St., Suite 3100
Chicago, IL 60603
Telephone:  (312) 557-1300
Facsimile:  (312) 557-1300
tfilarski@steptoe.com
maddy@steptoe.com
bhelms@steptoe.com

**<u>VIA E-MAIL & U.S. MAIL</u>**

Scott K. Reed
Jason E. O'Leary
Filko Prugo
Donald J. Curry
Brian D. O'Reilly
Charlotte Jacobsen
Jared L. Stringham
Fitzpatrick, Cella, Harper & Scinto
1290 Avenues of the Americas
New York, NY 10104-3800
(212) 218-2100 Telephone
sreed@fchs.com
joleary@fchs.com
fprugo@fchs.com
dcurry@fchs.com
boreilly@fchs.com
cjacobsen@fchs.com
jstringham@fchs.com


Dated: August 31, 2012

By:      /s/ Joshua Aaron Glikin
      Joshua Aaron Glikin
      Bowie and Jensen LLC
      29 W Susquehanna Ave., Suite 600
      Towson, MD 21204
      Telephone: (410) 583-2400
      Facsimile: (410) 583-2437
      glikin@bowie-jensen.com

      *Attorney for Defendant Watson Laboratories,*
      *Inc.*