## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Genzyme Corporation _____          *
                     **Plaintiff(s)**

                                                  *          Case No.: <u>1:10-cv-01863-JFM</u>

          **vs.**                                 *

Watson Laboratories, Inc. _____          *
                     **Defendant(s)**

                          **\*\*\*\*\*\***

## MOTION FOR ADMISSION *PRO HAC VICE*

          I, <u>George E. Brown</u>, am a member in good standing of the bar of this Court.

My bar number is <u>14681</u>          I am moving the admission of <u>Dennis J. McMahon</u>

_____to appear *pro hac vice* in this case as

counsel for <u>Plaintiff Genzyme Corporation</u>                                              .

          We certify that:

1.     The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.     The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State of New Jersey - 2008 | |
| State of New York – 2010 | |
| | |

3.     During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court <u>0</u> times.

4.     The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.     Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.     **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.     We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT

_____
Signature

 George E. Brown_____
Printed Name

 Kramon & Graham, P.A._____
Firm
One South Street
 Suite 2600_____
Address

 Baltimore, Maryland  21202_____
City, State, Zip Code

 (410) 752-6030_____
Telephone Number

 (410) 539-1269_____
Fax Number

 gbrown@kg-law.com_____
Email Address


PROPOSED ADMITTEE

_____
Signature

 Dennis J. McMahon, Esq._____
Printed Name

 Fitzpatrick, Cella, Harper & Scinto_
Firm

 1290 Avenue of the Americas_____
Address

 New York, New York 10104_____
City, State, Zip Code

 (212) 218-2925_____
Telephone Number

 (212) 218-2200_____
Fax Number

 dmcmahon@fchs.com_____
Email Address