IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GENZYME CORPORATION | * | |
| vs. | * | Case No.: 1:09-cv-01750-JFM |
| | | Case No.: 1:10-cv-01715-JFM |
| SANDOZ, INC. | * | |

\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GENZYME CORPORATION | * | |
| vs. | * | Case No.: 1:09-cv-02589-JFM |
| | | Case No.: 1:11-cv-01103-JFM |
| ENDO PHARMACEUTICALS, INC. | * | |

\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GENZYME CORPORATION | * | |
| vs. | * | Case No.: 1:10-cv-01323-JFM |
| | | Case No.: 1:10-cv-01863-JFM |
| WATSON LABORATORIES, INC. | * | |

\*\*\*\*\*\*\*

## NOTICE OF FILING EXHIBIT OR ATTACHMENT UNDER SEAL

***Check one:***

☒  Exhibit ___A___, which is an attachment to ___the [Proposed] Pretrial Order___

Titled: Defendants' Pre-Trial Brief

will be filed with the Clerk's Office in PDF format within 24 hours of the filing of this Notice so that it may be electronically filed under seal.

☐  _____
(title of document)

will be filed with the Clerk's Office in PDF format within 24 hours of the filing of this Notice so that it may be electronically filed under seal.

I certify that <u>all parties are in receipt of the above-listed exhibit and/or attachment and have represented that they do not require additional copies through this filing.</u>

/s/ George E. Brown
*Signature*

September 11, 2012
*Date*

George E. Brown (Bar No.: 14681)
*Printed Name and Bar Number*

Kramon & Graham, P.A., One South Street,
*Address*           Suite 2600

Baltimore, Maryland 21202
*City/State/Zip*

(410) 752-6030 -- Email: gbrown@kg-law.com
*Phone No.*

(410) 539-1269
*Fax No.*