# **<u>Exhibit E</u>**

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Meijer, Egbert Willem | 1/4/2011 | [5:1] - [5:3] |
| Meijer, Egbert Willem | 1/4/2011 | [5:6] - [5:25] |
| Meijer, Egbert Willem | 1/4/2011 | [6:2] - [6:20] |
| Meijer, Egbert Willem | 1/4/2011 | [9:9] - [9:25] |
| Meijer, Egbert Willem | 1/4/2011 | [10:2] - [10:20] |
| Meijer, Egbert Willem | 1/4/2011 | [11:8] - [11:17] |
| Meijer, Egbert Willem | 1/4/2011 | [21:6] - [21:15] |
| Meijer, Egbert Willem | 1/4/2011 | [26:11] - [26:25] |
| Meijer, Egbert Willem | 1/4/2011 | [27:2] - [27:25] |
| Meijer, Egbert Willem | 1/4/2011 | [28:2] - [28:22] |
| Meijer, Egbert Willem | 1/4/2011 | [29:2] - [29:24] |
| Meijer, Egbert Willem | 1/4/2011 | [31:25] |
| Meijer, Egbert Willem | 1/4/2011 | [32:2] - [32:10] |
| Meijer, Egbert Willem | 1/4/2011 | [37:25] |
| Meijer, Egbert Willem | 1/4/2011 | [38:2] - [38:16] |
| Meijer, Egbert Willem | 1/4/2011 | [38:22] - [38:25] |
| Meijer, Egbert Willem | 1/4/2011 | [39:2] - [39:14] |
| Meijer, Egbert Willem | 1/4/2011 | [39:21] - [39:25] |
| Meijer, Egbert Willem | 1/4/2011 | [40:2] - [40:25] |
| Meijer, Egbert Willem | 1/4/2011 | [41:2] - [41:25] |
| Meijer, Egbert Willem | 1/4/2011 | [42:2] - [42:25] |
| Meijer, Egbert Willem | 1/4/2011 | [43:2] - [43:25] |
| Meijer, Egbert Willem | 1/4/2011 | [44:2] - [44:25] |
| Meijer, Egbert Willem | 1/4/2011 | [45:2] - [45:14] |
| Meijer, Egbert Willem | 1/4/2011 | [49:15] - [49:25] |
| Meijer, Egbert Willem | 1/4/2011 | [50:2] - [50:25] |
| Meijer, Egbert Willem | 1/4/2011 | [52:20] - [52:25] |
| Meijer, Egbert Willem | 1/4/2011 | [53:2] - [53:25] |
| Meijer, Egbert Willem | 1/4/2011 | [54:2] - [54:25] |
| Meijer, Egbert Willem | 1/4/2011 | [55:2] - [55:24] |
| Meijer, Egbert Willem | 1/4/2011 | [58:8] - [58:18] |
| Meijer, Egbert Willem | 1/4/2011 | [59:6] - [59:25] |
| Meijer, Egbert Willem | 1/4/2011 | [60:2] - [60:25] |
| Meijer, Egbert Willem | 1/4/2011 | [61:2] - [61:14] |
| Meijer, Egbert Willem | 1/4/2011 | [64:9] - [64:15] |
| Meijer, Egbert Willem | 1/4/2011 | [76:5] - [76:25] |
| Meijer, Egbert Willem | 1/4/2011 | [77:2] - [77:18] |
| Meijer, Egbert Willem | 1/4/2011 | [81:5] - [81:13] |
| Meijer, Egbert Willem | 1/4/2011 | [83:16] - [83:22] |
| Meijer, Egbert Willem | 1/4/2011 | [86:18] - [86:25] |
| Meijer, Egbert Willem | 1/4/2011 | [87:2] - [87:25] |
| Meijer, Egbert Willem | 1/4/2011 | [88:2] - [88:25] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Meijer, Egbert Willem | 1/4/2011 | [89:2] - [89:9] |
| Meijer, Egbert Willem | 1/4/2011 | [92:14] - [92:20] |
| Meijer, Egbert Willem | 1/4/2011 | [98:7] - [98:16] |
| Meijer, Egbert Willem | 1/4/2011 | [99:3] - [99:24] |
| Meijer, Egbert Willem | 1/4/2011 | [100:3] - [100:4] |
| Meijer, Egbert Willem | 1/4/2011 | [101:15] - [101:25] |
| Meijer, Egbert Willem | 1/4/2011 | [102:2] - [102:11] |
| Meijer, Egbert Willem | 1/4/2011 | [102:22] - [102:25] |
| Meijer, Egbert Willem | 1/4/2011 | [103:2] |
| Meijer, Egbert Willem | 1/4/2011 | [104:15] - [104:20] |
| Elmore, Carolyn | 3/4/2011 | [7:8] - [7:13] |
| Elmore, Carolyn | 3/4/2011 | [7:18] - [8:1] |
| Elmore, Carolyn | 3/4/2011 | [15:3] - [15:18] |
| Elmore, Carolyn | 3/4/2011 | [17:16] - [18:6] |
| Elmore, Carolyn | 3/4/2011 | [18:11] - [18:17] |
| Elmore, Carolyn | 3/4/2011 | [19:3] - [19:11] |
| Elmore, Carolyn | 3/4/2011 | [19:24] - [20:19] |
| Elmore, Carolyn | 3/4/2011 | [64:9] - [65:2] |
| Elmore, Carolyn | 3/4/2011 | [65:12] - [66:1] |
| Elmore, Carolyn | 3/4/2011 | [69:12] - [69:17] |
| Elmore, Carolyn | 3/4/2011 | [76:14] - [76:19] |
| Elmore, Carolyn | 3/4/2011 | [80:16] - [83:14] |
| Elmore, Carolyn | 3/4/2011 | [84:1] - [87:20] |
| Elmore, Carolyn | 3/4/2011 | [88:6] - [89:9] |
| Elmore, Carolyn | 3/4/2011 | [91:1] - [91:4] |
| Elmore, Carolyn | 3/4/2011 | [92:18] - [93:1] |
| Elmore, Carolyn | 3/4/2011 | [95:10] - [96:18] |
| Elmore, Carolyn | 3/4/2011 | [97:10] - [97:23] |
| Elmore, Carolyn | 3/4/2011 | [102:8] - [103:10] |
| Elmore, Carolyn | 3/4/2011 | [103:18] - [105:14] |
| Mandeville, W. Harry | 3/18/2011 | [6:14] - [6:18] |
| Mandeville, W. Harry | 3/18/2011 | [7:23] - [8:2] |
| Mandeville, W. Harry | 3/18/2011 | [8:15] - [8:17] |
| Mandeville, W. Harry | 3/18/2011 | [10:14] - [10:22] |
| Mandeville, W. Harry | 3/18/2011 | [11:10] - [11:19] |
| Mandeville, W. Harry | 3/18/2011 | [11:24] - [12:3] |
| Mandeville, W. Harry | 3/18/2011 | [17:4] - [17:22] |
| Mandeville, W. Harry | 3/18/2011 | [18:1] - [18:5] |
| Mandeville, W. Harry | 3/18/2011 | [18:8] - [18:15] |
| Mandeville, W. Harry | 3/18/2011 | [19:13] - [19:18] |
| Mandeville, W. Harry | 3/18/2011 | [19:24] - [20:5] |
| Mandeville, W. Harry | 3/18/2011 | [20:14] - [21:8] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Mandeville, W. Harry | 3/18/2011 | [21:18] - [22:6] |
| Mandeville, W. Harry | 3/18/2011 | [22:11] - [23:15] |
| Mandeville, W. Harry | 3/18/2011 | [24:16] - [24:20] |
| Mandeville, W. Harry | 3/18/2011 | [26:2] - [26:7] |
| Mandeville, W. Harry | 3/18/2011 | [26:15] - [26:16] |
| Mandeville, W. Harry | 3/18/2011 | [26:23] - [27:6] |
| Mandeville, W. Harry | 3/18/2011 | [27:10] - [29:22] |
| Mandeville, W. Harry | 3/18/2011 | [30:2] - [30:3] |
| Mandeville, W. Harry | 3/18/2011 | [30:20] - [31:3] |
| Mandeville, W. Harry | 3/18/2011 | [31:19] - [33:2] |
| Mandeville, W. Harry | 3/18/2011 | [34:23] - [35:3] |
| Mandeville, W. Harry | 3/18/2011 | [36:15] - [36:19] |
| Mandeville, W. Harry | 3/18/2011 | [36:22] - [38:3] |
| Mandeville, W. Harry | 3/18/2011 | [38:6] - [38:13] |
| Mandeville, W. Harry | 3/18/2011 | [39:20] - [40:14] |
| Mandeville, W. Harry | 3/18/2011 | [42:19] - [43:15] |
| Mandeville, W. Harry | 3/18/2011 | [43:18] - [43:23] |
| Mandeville, W. Harry | 3/18/2011 | [44:20] - [45:8] |
| Mandeville, W. Harry | 3/18/2011 | [45:22] - [46:2] |
| Mandeville, W. Harry | 3/18/2011 | [49:9] - [49:14] |
| Mandeville, W. Harry | 3/18/2011 | [49:17] - [50:15] |
| Mandeville, W. Harry | 3/18/2011 | [51:15] - [51:21] |
| Mandeville, W. Harry | 3/18/2011 | [51:23] - [53:16] |
| Mandeville, W. Harry | 3/18/2011 | [53:21] - [54:5] |
| Mandeville, W. Harry | 3/18/2011 | [54:14] - [55:2] |
| Mandeville, W. Harry | 3/18/2011 | [55:5] - [55:12] |
| Mandeville, W. Harry | 3/18/2011 | [56:22] - [58:15] |
| Mandeville, W. Harry | 3/18/2011 | [59:11] - [60:10] |
| Mandeville, W. Harry | 3/18/2011 | [61:23] - [63:16] |
| Mandeville, W. Harry | 3/18/2011 | [64:18] - [66:15] |
| Mandeville, W. Harry | 3/18/2011 | [67:3] - [67:5] |
| Mandeville, W. Harry | 3/18/2011 | [67:8] - [67:21] |
| Mandeville, W. Harry | 3/18/2011 | [68:13] - [68:14] |
| Mandeville, W. Harry | 3/18/2011 | [68:16] |
| Mandeville, W. Harry | 3/18/2011 | [69:19] - [69:22] |
| Mandeville, W. Harry | 3/18/2011 | [72:9] - [72:15] |
| Mandeville, W. Harry | 3/18/2011 | [72:19] - [72:20] |
| Mandeville, W. Harry | 3/18/2011 | [73:12] - [73:13] |
| Mandeville, W. Harry | 3/18/2011 | [74:14] - [74:16 ] |
| Mandeville, W. Harry | 3/18/2011 | [74:20] - [75:5] |
| Mandeville, W. Harry | 3/18/2011 | [75:23] - [76:9] |
| Mandeville, W. Harry | 3/18/2011 | [76:17] - [76:18] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Mandeville, W. Harry | 3/18/2011 | [76:21] - [78:4] |
| Mandeville, W. Harry | 3/18/2011 | [78:7] |
| Mandeville, W. Harry | 3/18/2011 | [79:2] - [79:9] |
| Mandeville, W. Harry | 3/18/2011 | [79:13] - [80:3] |
| Mandeville, W. Harry | 3/18/2011 | [80:5] - [80:10] |
| Mandeville, W. Harry | 3/18/2011 | [80:18] - [80:22] |
| Mandeville, W. Harry | 3/18/2011 | [81:1] - [81:9] |
| Mandeville, W. Harry | 3/18/2011 | [81:12] - [82:6] |
| Mandeville, W. Harry | 3/18/2011 | [83:11] - [83:24] |
| Mandeville, W. Harry | 3/18/2011 | [84:8] - [84:17] |
| Mandeville, W. Harry | 3/18/2011 | [86:4] - [86:11] |
| Mandeville, W. Harry | 3/18/2011 | [86:15] - [86:17] |
| Mandeville, W. Harry | 3/18/2011 | [88:12] - [88:15] |
| Mandeville, W. Harry | 3/18/2011 | [88:22] - [88:24] |
| Mandeville, W. Harry | 3/18/2011 | [90:11] - [90:13] |
| Mandeville, W. Harry | 3/18/2011 | [90:24] - [91:8] |
| Mandeville, W. Harry | 3/18/2011 | [91:18] - [91:20] |
| Mandeville, W. Harry | 3/18/2011 | [91:22] |
| Mandeville, W. Harry | 3/18/2011 | [92:12] - [92:15] |
| Mandeville, W. Harry | 3/18/2011 | [94:9] - [94:12] |
| Mandeville, W. Harry | 3/18/2011 | [94:14] |
| Mandeville, W. Harry | 3/18/2011 | [94:17] - [95:7] |
| Mandeville, W. Harry | 3/18/2011 | [99:14] - [99:16] |
| Mandeville, W. Harry | 3/18/2011 | [99:19] - [100:5] |
| Mandeville, W. Harry | 3/18/2011 | [100:12] - [100:15] |
| Mandeville, W. Harry | 3/18/2011 | [101:10] - [102:5] |
| Mandeville, W. Harry | 3/18/2011 | [113:7] - [113:16] |
| Mandeville, W. Harry | 3/18/2011 | [114:14] - [115:15] |
| Mandeville, W. Harry | 3/18/2011 | [115:18] |
| Mandeville, W. Harry | 3/18/2011 | [116:13] - [116:24] |
| Mandeville, W. Harry | 3/18/2011 | [117:7] - [117:21] |
| Mandeville, W. Harry | 3/18/2011 | [117:24] - [118:5] |
| Mandeville, W. Harry | 3/18/2011 | [118:8] - [118:10] |
| Mandeville, W. Harry | 3/18/2011 | [118:14] - [118:24] |
| Mandeville, W. Harry | 3/18/2011 | [122:22] - [123:4] |
| Mandeville, W. Harry | 3/18/2011 | [126:17] - [127:1] |
| Mandeville, W. Harry | 3/18/2011 | [128:17] - [128:19] |
| Mandeville, W. Harry | 3/18/2011 | [128:22] - [129:7] |
| Mandeville, W. Harry | 3/18/2011 | [131:1] - [131:12] |
| Mandeville, W. Harry | 3/18/2011 | [134:9] - [135:7] |
| Mandeville, W. Harry | 3/18/2011 | [137:7] - [137:18] |
| Mandeville, W. Harry | 3/18/2011 | [139:1] - [139:3] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Mandeville, W. Harry | 3/18/2011 | [139:5] - [139:7] |
| Mandeville, W. Harry | 3/18/2011 | [139:13] - [139:23] |
| Mandeville, W. Harry | 3/18/2011 | [140:1] - [140:11] |
| Mandeville, W. Harry | 3/18/2011 | [140:17] - [141:4] |
| Mandeville, W. Harry | 3/18/2011 | [142:21] - [142:23] |
| Mandeville, W. Harry | 3/18/2011 | [143:7] - [143:8] |
| Mandeville, W. Harry | 3/18/2011 | [144:24] - [145:14] |
| Mandeville, W. Harry | 3/18/2011 | [145:23] - [146:5] |
| Mandeville, W. Harry | 3/18/2011 | [149:1] - [149:16] |
| Mandeville, W. Harry | 3/18/2011 | [151:10] - [151:14] |
| Mandeville, W. Harry | 3/18/2011 | [151:24] - [152:11] |
| Mandeville, W. Harry | 3/18/2011 | [152:17] - [152:19] |
| Mandeville, W. Harry | 3/18/2011 | [153:9] - [154:8] |
| Mandeville, W. Harry | 3/18/2011 | [155:5] - [156:5] |
| Mandeville, W. Harry | 3/18/2011 | [156:15] - [156:23] |
| Mandeville, W. Harry | 3/18/2011 | [157:2] - [157:8] |
| Mandeville, W. Harry | 3/18/2011 | [157:10] - [157:17] |
| Mandeville, W. Harry | 3/18/2011 | [159:12] - [159:18] |
| Mandeville, W. Harry | 3/18/2011 | [161:19] - [161:24] |
| Mandeville, W. Harry | 3/18/2011 | [164:6] - [166:16] |
| Mandeville, W. Harry | 3/18/2011 | [168:11] - [168:19] |
| Mandeville, W. Harry | 3/18/2011 | [168:23] - [171:18] |
| Mandeville, W. Harry | 3/18/2011 | [178:10] - [178:14] |
| Mandeville, W. Harry | 3/18/2011 | [179:3] - [179:5] |
| Mandeville, W. Harry | 3/18/2011 | [179:8] - [179:23] |
| Mandeville, W. Harry | 3/18/2011 | [180:3] - [180:8] |
| Mandeville, W. Harry | 3/18/2011 | [180:20] - [181:13] |
| Mandeville, W. Harry | 3/18/2011 | [181:12] - [181:13] |
| Mandeville, W. Harry | 3/18/2011 | [181:16] - [181:17] |
| Mandeville, W. Harry | 3/18/2011 | [184:12] - [185:2] |
| Mandeville, W. Harry | 3/18/2011 | [188:10] - [189:8] |
| Mandeville, W. Harry | 3/18/2011 | [189:15] - [190:5] |
| Mandeville, W. Harry | 3/18/2011 | [190:10] - [191:1] |
| Mandeville, W. Harry | 3/18/2011 | [191:11] - [191:15] |
| Mandeville, W. Harry | 3/18/2011 | [191:18] - [191:24] |
| Mandeville, W. Harry | 3/18/2011 | [192:3] - [192:20] |
| Mandeville, W. Harry | 3/18/2011 | [193:13] - [194:5] |
| Mandeville, W. Harry | 3/18/2011 | [194:9] - [195:3] |
| Mandeville, W. Harry | 3/18/2011 | [195:6] - [195:22] |
| Mandeville, W. Harry | 3/18/2011 | [197:20] - [197:23] |
| Mandeville, W. Harry | 3/18/2011 | [198:3] - [198:21] |
| Mandeville, W. Harry | 3/18/2011 | [199:19] - [200:15] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Mandeville, W. Harry | 3/18/2011 | [201:15] - [202:2] |
| Mandeville, W. Harry | 3/18/2011 | [202:8] - [202:16] |
| Mandeville, W. Harry | 3/18/2011 | [202:18] - [202:23] |
| Mandeville, W. Harry | 3/18/2011 | [203:2] - [203:23] |
| Mandeville, W. Harry | 3/18/2011 | [204:6] - [204:21] |
| Mandeville, W. Harry | 3/18/2011 | [205:3] - [205:8] |
| Mandeville, W. Harry | 3/18/2011 | [205:13] - [206:2] |
| Mandeville, W. Harry | 3/18/2011 | [206:16] - [206:23] |
| Mandeville, W. Harry | 3/18/2011 | [209:11] - [209:23] |
| Mandeville, W. Harry | 3/18/2011 | [213:5] - [213:14] |
| Mandeville, W. Harry | 3/18/2011 | [214:22] - [215:1] |
| Mandeville, W. Harry | 3/18/2011 | [215:4] - [215:6] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [8:13] - [9:4] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [10:1] - [10:13] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [12:7] - [12:11] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [12:19] - [12:23] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [17:8] - [17:13] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [18:5] - [18:9] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [18:12] - [18:22] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [19:8] - [19:14] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [19:23] - [20:8] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [20:13] - [20:18] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [20:23] - [21:2] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [21:12] - [22:2] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [22:10] - [22:20] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [23:5] - [23:8] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [24:1] - [24:22] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [25:6] - [25:8] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [25:12] - [25:13] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [25:21] - [26:3] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [26:24] - [27:16] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [27:19] - [28:10] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [28:17] - [28:24] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [29:3] - [29:5] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [29:14] - [30:20] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [31:11] - [31:18] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [31:21] - [32:5] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [33:8] - [33:21] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [35:1] - [35:24] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [36:8] - [37:2] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [39:13] - [39:18] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [40:5] - [40:6] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [40:19] - [40:23] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [41:5] - [41:8] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [43:11] - [43:14] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [43:16] - [43:19] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [43:23] - [43:24] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [44:7] - [44:16] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [46:19] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [49:7] - [49:12] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [49:15] - [50:11] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [50:19] - [50:23] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [51:2] - [51:14] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [54:12] - [54:16] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [55:3] - [55:6] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [56:5] - [56:16] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [56:18] - [56:19] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [57:1] - [57:4] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [57:7] - [57:17] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [60:4] - [60:9] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [60:19] - [61:3] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [61:11] - [61:16] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [63:7] - [63:15] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [63:18] - [63:21] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [64:4] - [64:10] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [64:23] - [65:4] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [66:15] - [66:16] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [66:18] - [66:19] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [67:13] - [68:5] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [68:15] - [68:21] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [69:15] - [69:21] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [70:4] - [70:5] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [70:7] - [70:12] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [71:9] - [71:16] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [71:22] - [72:9] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [73:9] - [73:18] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [74:9] - [74:20] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [75:3] - [75:5] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [75:8] - [75:10] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [75:16] - [75:24] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [76:4] - [76:6] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [78:10] - [78:18] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [79:2] - [79:5] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [79:16] - [79:22] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [80:12] - [80:14] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [80:17] - [80:22] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [81:13] - [81:24] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [83:10] - [84:20] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [84:24] - [85:4] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [85:8] - [85:9] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [85:16] - [86:1] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [86:6] - [86:15] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [86:20] - [87:2] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [87:6] - [88:2] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [88:5] - [90:9] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [90:16] - [90:19] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [90:21] - [91:2] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [93:1] - [93:14] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [94:1] - [94:3] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [98:22] - [99:1] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [101:5] - [101:13] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [101:24] - [102:1] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [103:22] - [105:15] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [106:1] - [106:3] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [106:5] - [106:7] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [107:1] - [108:6] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [109:16] - [110:1] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [110:20] - [111:2] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [111:7] - [112:13] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [112:23] - [113:3] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [113:6] - [113:9] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [113:14] - [113:18] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [114:2] - [115:8] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [115:17] - [116:4] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [116:13] - [116:18] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [116:21] - [117:10] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [117:12] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [117:14] - [118:5] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [118:17] - [118:24] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [119:8] - [119:9] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [119:12] - [120:10] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [120:13] - [121:2] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [121:4] - [121:7] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [121:12] - [122:13] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [122:15] - [122:18] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [122:22] - [123:7] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [123:13] - [123:18] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [123:21] - [124:4] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [124:12] - [124:23] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [126:14] - [126:24] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [128:20] - [130:3] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [131:6] - [131:11] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [133:7] - [133:14] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [133:16] - [134:2] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [134:12] - [134:15] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [138:5] - [138:24] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [140:9] - [140:15] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [140:19] - [141:3] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [141:12] - [141:17] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [141:22] - [142:3] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [142:13] - [142:20] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [142:24] - [143:4] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [144:24] - [145:9] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [146:23] - [147:17] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [147:19] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [147:22] - [148:17] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [150:2] - [150:8] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [150:11] - [150:16] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [151:2] - [151:6] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [151:10] - [152:4] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [153:5] - [153:12] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [153:21] - [154:2] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [154:4] - [154:5] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [154:10] - [154:13] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [157:15] - [160:11] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [160:15] - [161:11] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [161:15] - [161:17] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [161:21] - [162:13] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [163:11] - [163:16] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [163:24] - [164:7] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [164:23] - [165:23] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [167:3] - [167:7] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [167:16] - [168:5] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [168:17] - [169:19] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [169:22] - [169:24] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [172:12] - [172:16] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [172:19] - [172:23] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [174:24] - [176:6] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [177:6] - [178:1] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [178:11] - [178:17] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [179:8] - [180:15] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [180:17] - [184:11] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [184:14] - [184:17] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [189:23] - [190:3] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [190:20] - [191:17] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [191:20] - [191:23] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [193:10] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [193:12] - [193:15] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [194:3] - [194:11] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [194:19] - [194:24] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [195:16] - [195:20] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [206:1] - [207:9] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [207:14] - [207:15] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [207:17] - [208:4] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [211:2] - [213:6] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [213:9] - [214:7] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [214:22] - [215:6] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [215:8] - [215:22] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [216:11] - [216:12] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [216:17] - [217:12] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [218:9] - [218:13] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [218:19] - [219:3] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [219:14] - [221:3] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [222:11] - [222:15] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [228:11] - [229:7] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [229:12] - [230:5] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [230:21] - [230:23] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [231:24] - [232:24] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [233:2] - [234:8] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [240:14] - [240:16] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [240:18] - [241:2] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [250:2] - [250:6] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [253:23] - [254:1] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [254:3] - [254:9] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [255:9] - [255:12] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [255:14] - [256:4] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [256:11] - [256:17] |
| Holmes-Farley, Stephen Vol. 1 | 3/22/2011 | [256:20] - [257:7] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [267:8] - [267:10] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [270:6] - [270:19] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [274:8] - [274:15] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [275:11] - [275:13] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [275:16] - [275:23] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [276:15] - [276:17] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [277:24] - [278:6] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [278:15] - [279:14] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [279:21] - [280:4] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [280:20] - [280:23] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [281:4] - [281:21] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [281:24] - [282:6] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [282:9] - [282:13] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [282:16] - [282:17] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [283:8] - [283:17] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [283:21] - [284:22] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [285:14] - [286:7] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [286:11] - [288:6] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [288:9] - [288:23] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [289:22] - [290:8] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [291:3] - [292:17] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [293:4] - [293:15] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [293:21] - [295:2] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [295:6] - [295:8] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [295:12] - [295:16] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [295:19] - [295:21] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [296:6] - [296:22] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [297:4] - [297:14] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [302:1] - [303:1] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [303:3] - [304:2] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [304:4] - [304:5] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [304:9] - [305:2] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [305:4] - [306:5] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [306:12] - [306:13] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [306:19] - [306:21] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [307:9] - [308:13] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [309:15] - [309:18] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [309:21] - [310:4] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [312:8] - [312:12] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [312:15] - [312:24] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [313:8] - [313:18] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [314:2] - [314:16] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [315:14] - [315:16] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [315:18] - [317:5] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [322:21] - [323:2] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [324:18] - [325:3] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [325:7] - [326:2] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [326:6] - [326:22] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [327:5] - [327:18] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [327:20] - [327:23] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [328:11] - [329:15] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [333:13] - [334:1] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [334:10] - [335:14] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [335:18] - [335:19] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [335:21] - [335:23] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [337:5] - [337:9] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [337:17] - [337:23] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [338:9] - [340:3] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [340:17] - [340:20] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [341:1] - [341:18] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [341:24] - [342:10] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [342:23] - [343:8] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [343:12] - [343:14] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [344:7] - [344:12] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [344:17] - [344:18] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [345:8] - [345:22] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [346:9] - [346:12] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [347:22] - [348:4] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [348:10] - [348:17] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [348:23] - [349:7] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [350:7] - [350:9] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [350:11] - [350:13] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [350:16] - [350:23] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [351:8] - [351:12] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [353:14] - [353:24] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [357:10] - [357:22] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [357:24] - [358:24] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [363:20] - [363:24] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [364:11] - [365:4] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [378:17] - [379:12] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [379:16] - [379:19] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [381:1] - [381:9] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [381:21] - [382:4] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [382:12] - [383:10] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [383:12] - [384:3] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [390:19] - [391:6] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [391:10] - [391:12] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [391:16] - [391:21] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [392:19] - [392:21] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [393:11] - [393:16] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [394:6] - [394:7] |
| Holmes-Farley, Stephen Vol. 2 | 3/23/2011 | [394:10] - [395:2] |
| Whitesides, George | 3/25/2011 | [8:13] - [8:15] |
| Whitesides, George | 3/25/2011 | [8:22] - [8:24] |
| Whitesides, George | 3/25/2011 | [9:15] - [9:23] |
| Whitesides, George | 3/25/2011 | [10:15] - [10:23] |
| Whitesides, George | 3/25/2011 | [12:3] - [12:6] |
| Whitesides, George | 3/25/2011 | [12:8] - [12:16] |
| Whitesides, George | 3/25/2011 | [12:19] - [13:20] |
| Whitesides, George | 3/25/2011 | [13:23] - [14:10] |
| Whitesides, George | 3/25/2011 | [15:23] - [16:3] |
| Whitesides, George | 3/25/2011 | [20:3] - [20:12] |
| Whitesides, George | 3/25/2011 | [20:17] - [20:25] |
| Whitesides, George | 3/25/2011 | [21:5] - [21:17] |
| Whitesides, George | 3/25/2011 | [21:20] - [21:24] |
| Whitesides, George | 3/25/2011 | [22:10] - [22:17] |
| Whitesides, George | 3/25/2011 | [23:17] - [23:19] |
| Whitesides, George | 3/25/2011 | [24:20] - [25:12] |
| Whitesides, George | 3/25/2011 | [26:17] - [26:24] |
| Whitesides, George | 3/25/2011 | [27:3] - [27:9] |
| Whitesides, George | 3/25/2011 | [28:2] - [28:5] |
| Whitesides, George | 3/25/2011 | [30:8] - [32:25] |
| Whitesides, George | 3/25/2011 | [33:22] - [34:16] |
| Whitesides, George | 3/25/2011 | [34:19] - [35:10] |
| Whitesides, George | 3/25/2011 | [35:23] - [36:11] |
| Whitesides, George | 3/25/2011 | [36:23] - [37:5] |
| Whitesides, George | 3/25/2011 | [37:23] - [40:13] |
| Whitesides, George | 3/25/2011 | [40:18] - [41:2] |
| Whitesides, George | 3/25/2011 | [41:4] - [41:25] |
| Whitesides, George | 3/25/2011 | [45:9] - [45:16] |
| Whitesides, George | 3/25/2011 | [48:7] - [48:24] |
| Whitesides, George | 3/25/2011 | [50:13] - [50:22] |
| Whitesides, George | 3/25/2011 | [51:11] - [51:16] |
| Whitesides, George | 3/25/2011 | [53:5] - [53:7] |
| Whitesides, George | 3/25/2011 | [53:14] - [53:18] |
| Whitesides, George | 3/25/2011 | [55:2] - [55:11] |
| Whitesides, George | 3/25/2011 | [56:19] - [57:10] |
| Whitesides, George | 3/25/2011 | [57:19] - [58:17] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Whitesides, George | 3/25/2011 | [59:8] - [59:25] |
| Whitesides, George | 3/25/2011 | [61:14] - [61:18] |
| Whitesides, George | 3/25/2011 | [63:5] - [63:13] |
| Whitesides, George | 3/25/2011 | [68:10] - [68:12] |
| Whitesides, George | 3/25/2011 | [68:14] - [68:25] |
| Whitesides, George | 3/25/2011 | [69:9] - [70:6] |
| Whitesides, George | 3/25/2011 | [70:9] - [70:18] |
| Whitesides, George | 3/25/2011 | [70:23] - [71:2] |
| Whitesides, George | 3/25/2011 | [71:5] - [71:20] |
| Whitesides, George | 3/25/2011 | [72:7] - [72:14] |
| Whitesides, George | 3/25/2011 | [74:9] - [74:24] |
| Whitesides, George | 3/25/2011 | [75:10] - [75:16] |
| Whitesides, George | 3/25/2011 | [76:8] - [76:11] |
| Whitesides, George | 3/25/2011 | [76:14] - [76:21] |
| Whitesides, George | 3/25/2011 | [78:4] - [78:8] |
| Whitesides, George | 3/25/2011 | [82:17] - [82:21] |
| Whitesides, George | 3/25/2011 | [83:3] - [83:6] |
| Whitesides, George | 3/25/2011 | [90:19] - [90:21] |
| Whitesides, George | 3/25/2011 | [92:16] - [93:6] |
| Whitesides, George | 3/25/2011 | [93:11] - [93:15] |
| Whitesides, George | 3/25/2011 | [93:18] - [94:18] |
| Whitesides, George | 3/25/2011 | [95:11] - [95:14] |
| Whitesides, George | 3/25/2011 | [98:11] - [98:19] |
| Whitesides, George | 3/25/2011 | [99:23] - [99:25] |
| Whitesides, George | 3/25/2011 | [100:3] - [100:16] |
| Whitesides, George | 3/25/2011 | [100:19] - [100:25] |
| Whitesides, George | 3/25/2011 | [101:3] - [101:6] |
| Whitesides, George | 3/25/2011 | [103:11] - [104:8] |
| Whitesides, George | 3/25/2011 | [105:8] - [106:5] |
| Whitesides, George | 3/25/2011 | [106:8] - [106:15] |
| Whitesides, George | 3/25/2011 | [107:15] - [107:18] |
| Whitesides, George | 3/25/2011 | [107:21] - [108:4] |
| Whitesides, George | 3/25/2011 | [108:21] - [109:13] |
| Whitesides, George | 3/25/2011 | [109:25] - [110:14] |
| Whitesides, George | 3/25/2011 | [110:24] - [110:25] |
| Whitesides, George | 3/25/2011 | [111:3] - [111:4] |
| Whitesides, George | 3/25/2011 | [111:6] - [111:8] |
| Whitesides, George | 3/25/2011 | [111:20] - [112:8] |
| Whitesides, George | 3/25/2011 | [112:18] - [113:9] |
| Whitesides, George | 3/25/2011 | [114:2] - [114:6] |
| Whitesides, George | 3/25/2011 | [114:8] - [114:16] |
| Whitesides, George | 3/25/2011 | [115:14] - [115:17] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Whitesides, George | 3/25/2011 | [115:19] - [116:9] |
| Whitesides, George | 3/25/2011 | [117:20] - [118:8] |
| Whitesides, George | 3/25/2011 | [118:19] - [119:3] |
| Whitesides, George | 3/25/2011 | [119:5] - [119:6] |
| Whitesides, George | 3/25/2011 | [120:6] - [120:11] |
| Whitesides, George | 3/25/2011 | [120:20] - [121:7] |
| Whitesides, George | 3/25/2011 | [121:23] - [121:25] |
| Whitesides, George | 3/25/2011 | [122:17] - [122:21] |
| Whitesides, George | 3/25/2011 | [123:19] - [124:7] |
| Whitesides, George | 3/25/2011 | [124:10] - [125:18] |
| Whitesides, George | 3/25/2011 | [125:21] - [126:2] |
| Whitesides, George | 3/25/2011 | [135:7] - [135:24] |
| Whitesides, George | 3/25/2011 | [136:21] - [136:25] |
| Whitesides, George | 3/25/2011 | [142:2] - [142:13] |
| Whitesides, George | 3/25/2011 | [143:14] - [143:20] |
| Whitesides, George | 3/25/2011 | [145:17] - [145:22] |
| Whitesides, George | 3/25/2011 | [146:18] - [147:14] |
| Whitesides, George | 3/25/2011 | [147:18] - [148:3] |
| Whitesides, George | 3/25/2011 | [148:13] - [148:16] |
| Whitesides, George | 3/25/2011 | [149:3] - [149:25] |
| Whitesides, George | 3/25/2011 | [150:2] - [150:3] |
| Whitesides, George | 3/25/2011 | [150:6] - [151:6] |
| Whitesides, George | 3/25/2011 | [151:11] - [151:14] |
| Whitesides, George | 3/25/2011 | [151:17] - [151:24] |
| Whitesides, George | 3/25/2011 | [152:5] - [152:17] |
| Whitesides, George | 3/25/2011 | [153:3] - [153:9] |
| Whitesides, George | 3/25/2011 | [153:20] - [153:23] |
| Whitesides, George | 3/25/2011 | [154:24] - [155:10] |
| Whitesides, George | 3/25/2011 | [155:12] - [155:13] |
| Whitesides, George | 3/25/2011 | [155:16] - [155:19] |
| Whitesides, George | 3/25/2011 | [155:21] - [156:2] |
| Whitesides, George | 3/25/2011 | [156:14] - [156:16] |
| Whitesides, George | 3/25/2011 | [156:19] - [156:22] |
| Whitesides, George | 3/25/2011 | [158:14] - [158:23] |
| Whitesides, George | 3/25/2011 | [160:4] - [160:16] |
| Whitesides, George | 3/25/2011 | [160:25] - [161:5] |
| Whitesides, George | 3/25/2011 | [161:12] - [161:18] |
| Whitesides, George | 3/25/2011 | [161:23] - [162:4] |
| Whitesides, George | 3/25/2011 | [162:7] - [162:11] |
| Whitesides, George | 3/25/2011 | [163:2] - [163:13] |
| Whitesides, George | 3/25/2011 | [163:23] - [164:8] |
| Whitesides, George | 3/25/2011 | [165:16] - [166:6] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Whitesides, George | 3/25/2011 | [166:13] - [167:7] |
| Whitesides, George | 3/25/2011 | [167:10] |
| Whitesides, George | 3/25/2011 | [167:17] - [168:2] |
| Whitesides, George | 3/25/2011 | [168:8] - [170:11] |
| Whitesides, George | 3/25/2011 | [170:13] - [170:17] |
| Whitesides, George | 3/25/2011 | [170:22] - [170:24] |
| Whitesides, George | 3/25/2011 | [173:10] - [173:14] |
| Whitesides, George | 3/25/2011 | [173:19] - [173:22] |
| Whitesides, George | 3/25/2011 | [174:3] - [174:9] |
| Whitesides, George | 3/25/2011 | [174:13] - [176:4] |
| Whitesides, George | 3/25/2011 | [176:11] - [176:20] |
| Whitesides, George | 3/25/2011 | [177:24] - [178:8] |
| Whitesides, George | 3/25/2011 | [178:11] - [179:11] |
| Whitesides, George | 3/25/2011 | [179:17] - [180:13] |
| Whitesides, George | 3/25/2011 | [180:16] - [180:22] |
| Whitesides, George | 3/25/2011 | [181:5] - [182:19] |
| Whitesides, George | 3/25/2011 | [182:21] - [183:4] |
| Whitesides, George | 3/25/2011 | [183:7] - [183:20] |
| Whitesides, George | 3/25/2011 | [184:2] - [185:12] |
| Whitesides, George | 3/25/2011 | [188:12] - [188:15] |
| Whitesides, George | 3/25/2011 | [188:17] - [188:19] |
| Whitesides, George | 3/25/2011 | [189:20] - [189:22] |
| Whitesides, George | 3/25/2011 | [190:10] - [190:12] |
| Whitesides, George | 3/25/2011 | [190:16] - [190:25] |
| Whitesides, George | 3/25/2011 | [194:7] - [194:23] |
| Whitesides, George | 3/25/2011 | [196:17] - [197:3] |
| Whitesides, George | 3/25/2011 | [198:8] - [198:14] |
| Whitesides, George | 3/25/2011 | [198:20] - [198:22] |
| Whitesides, George | 3/25/2011 | [200:5] - [200:14] |
| Whitesides, George | 3/25/2011 | [200:19] - [201:5] |
| Whitesides, George | 3/25/2011 | [201:14] - [202:6] |
| Whitesides, George | 3/25/2011 | [208:9] - [208:16] |
| Whitesides, George | 3/25/2011 | [209:7] - [209:15] |
| Whitesides, George | 3/25/2011 | [209:19] - [210:15] |
| Whitesides, George | 3/25/2011 | [211:10] - [211:12] |
| Whitesides, George | 3/25/2011 | [211:15] - [211:20] |
| Whitesides, George | 3/25/2011 | [215:20] - [215:24] |
| Whitesides, George | 3/25/2011 | [216:3] |
| Whitesides, George | 3/25/2011 | [219:18] - [219:21] |
| Whitesides, George | 3/25/2011 | [220:4] - [220:7] |
| Whitesides, George | 3/25/2011 | [224:17] - [226:3] |
| Whitesides, George | 3/25/2011 | [226:19] - [226:25] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Whitesides, George | 3/25/2011 | [227:4] - [227:7] |
| Whitesides, George | 3/25/2011 | [227:9] - [227:11] |
| Whitesides, George | 3/25/2011 | [227:19] - [227:24] |
| Whitesides, George | 3/25/2011 | [235:19] - [235:24] |
| Whitesides, George | 3/25/2011 | [236:2] - [236:8] |
| Whitesides, George | 3/25/2011 | [236:13] - [236:18] |
| Whitesides, George | 3/25/2011 | [239:18] - [240:7] |
| Whitesides, George | 3/25/2011 | [240:16] - [242:12] |
| Dillon, Maureen | 4/13/2011 | [7:14] - [7:21] |
| Dillon, Maureen | 4/13/2011 | [8:2] - [8:17] |
| Dillon, Maureen | 4/13/2011 | [9:11] - [13:11] |
| Dillon, Maureen | 4/13/2011 | [15:4] - [18:20] |
| Dillon, Maureen | 4/13/2011 | [20:6] - [21:18] |
| Dillon, Maureen | 4/13/2011 | [25:5] - [27:2] |
| Dillon, Maureen | 4/13/2011 | [28:10] - [30:11] |
| Dillon, Maureen | 4/13/2011 | [35:5] - [37:1] |
| Dillon, Maureen | 4/13/2011 | [37:12] - [38:3] |
| Dillon, Maureen | 4/13/2011 | [38:13] - [40:19] |
| Dillon, Maureen | 4/13/2011 | [42:10] - [45:6] |
| Dillon, Maureen | 4/13/2011 | [49:22] - [50:13] |
| Dillon, Maureen | 4/13/2011 | [50:16] - [50:23] |
| Dillon, Maureen | 4/13/2011 | [52:4] - [52:9] |
| Dillon, Maureen | 4/13/2011 | [52:17] - [52:21] |
| Dillon, Maureen | 4/13/2011 | [56:19] - [56:21] |
| Dillon, Maureen | 4/13/2011 | [56:24] - [59:17] |
| Dillon, Maureen | 4/13/2011 | [60:19] - [60:24] |
| Dillon, Maureen | 4/13/2011 | [61:6] - [61:12] |
| Dillon, Maureen | 4/13/2011 | [61:24] - [62:21] |
| Dillon, Maureen | 4/13/2011 | [65:19] - [66:23] |
| Dillon, Maureen | 4/13/2011 | [67:16] - [70:2] |
| Dillon, Maureen | 4/13/2011 | [70:6] |
| Dillon, Maureen | 4/13/2011 | [70:8] - [72:19] |
| Dillon, Maureen | 4/13/2011 | [74:4] - [74:8] |
| Dillon, Maureen | 4/13/2011 | [75:6] - [78:4] |
| Dillon, Maureen | 4/13/2011 | [79:20] - [80:23] |
| Dillon, Maureen | 4/13/2011 | [81:2] - [81:6] |
| Dillon, Maureen | 4/13/2011 | [81:18] - [88:2] |
| Dillon, Maureen | 4/13/2011 | [89:12] - [91:8] |
| Dillon, Maureen | 4/13/2011 | [91:15] - [93:5] |
| Dillon, Maureen | 4/13/2011 | [93:16] - [93:23] |
| Dillon, Maureen | 4/13/2011 | [94:2] - [95:10] |
| Dillon, Maureen | 4/13/2011 | [95:12] - [95:17] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Dillon, Maureen | 4/13/2011 | [96:8] - [98:24] |
| Dillon, Maureen | 4/13/2011 | [99:11] - [100:21] |
| Dillon, Maureen | 4/13/2011 | [101:1] - [101:11] |
| Dillon, Maureen | 4/13/2011 | [101:18] - [103:1] |
| Dillon, Maureen | 4/13/2011 | [104:8] - [104:19] |
| Dillon, Maureen | 4/13/2011 | [105:8] - [108:14] |
| Dillon, Maureen | 4/13/2011 | [108:22] - [109:8] |
| Dillon, Maureen | 4/13/2011 | [110:4] - [111:2] |
| Dillon, Maureen | 4/13/2011 | [111:11] - [112:13] |
| Dillon, Maureen | 4/13/2011 | [115:20] - [119:16] |
| Dillon, Maureen | 4/13/2011 | [119:23] - [120:5] |
| Dillon, Maureen | 4/13/2011 | [120:13] - [123:11] |
| Dillon, Maureen | 4/13/2011 | [123:17] - [127:24] |
| Dillon, Maureen | 4/13/2011 | [128:4] - [133:22] |
| Dillon, Maureen | 4/13/2011 | [134:5] - [138:13] |
| Dillon, Maureen | 4/13/2011 | [138:19] - [140:8] |
| Dillon, Maureen | 4/13/2011 | [141:4] - [147:5] |
| Dillon, Maureen | 4/13/2011 | [147:8] - [147:12] |
| Dillon, Maureen | 4/13/2011 | [148:10] - [148:15] |
| Dillon, Maureen | 4/13/2011 | [149:2] - [150:22] |
| Dillon, Maureen | 4/13/2011 | [151:10] - [151:22] |
| Dillon, Maureen | 4/13/2011 | [152:8] - [153:22] |
| Dillon, Maureen | 4/13/2011 | [154:23] - [155:21] |
| Dillon, Maureen | 4/13/2011 | [155:24] - [156:7] |
| Dillon, Maureen | 4/13/2011 | [157:20] - [163:12] |
| Dillon, Maureen | 4/13/2011 | [164:11] - [164:18] |
| Dillon, Maureen | 4/13/2011 | [166:2] - [167:15] |
| Dillon, Maureen | 4/13/2011 | [167:19] - [168:2] |
| Dillon, Maureen | 4/13/2011 | [168:5] - [169:23] |
| Dillon, Maureen | 4/13/2011 | [170:5] - [171:8] |
| Dillon, Maureen | 4/13/2011 | [171:15] - [171:18] |
| Dillon, Maureen | 4/13/2011 | [171:21] - [174:1] |
| Dillon, Maureen | 4/13/2011 | [174:10] - [174:23] |
| Dillon, Maureen | 4/13/2011 | [176:2] - [176:16] |
| Dillon, Maureen | 4/13/2011 | [177:15] - [180:10] |
| Dillon, Maureen | 4/13/2011 | [180:13] - [181:1] |
| Dillon, Maureen | 4/13/2011 | [181:10] - [187:11] |
| Dillon, Maureen | 4/13/2011 | [187:24] - [188:6] |
| Beck, Christopher | 4/26/2011 | [6:2] - [6:7] |
| Beck, Christopher | 4/26/2011 | [6:10] - [6:12] |
| Beck, Christopher | 4/26/2011 | [7:9] - [15:5] |
| Beck, Christopher | 4/26/2011 | [16:12] - [26:7] |

| Witness | Date | Defendants' Designations (page:line) |
|---|---|---|
| Beck, Christopher | 4/26/2011 | [32:3] - [38:2] |
| Beck, Christopher | 4/26/2011 | [40:1] - [40:22] |
| Beck, Christopher | 4/26/2011 | [42:10] - [42:24] |
| Beck, Christopher | 4/26/2011 | [43:15] - [43:22] |