IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GENZYME CORPORATION | * | |
| vs. | * | Case No.: 1:09-cv-01750-JFM |
| | | Case No.: 1:10-cv-01715-JFM |
| SANDOZ, INC. | * | |

\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GENZYME CORPORATION | * | |
| vs. | * | Case No.: 1:09-cv-02589-JFM |
| | | Case No.: 1:11-cv-01103-JFM |
| ENDO PHARMACEUTICALS, INC. | * | |

\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GENZYME CORPORATION | * | |
| vs. | * | Case No.: 1:10-cv-01323-JFM |
| | | Case No.: 1:10-cv-01863-JFM |
| WATSON LABORATORIES, INC. | * | |

\*\*\*\*\*\*\*

## NOTICE OF FILING EXHIBIT OR ATTACHMENT UNDER SEAL

*Check one:*

☒  Exhibit ___G___, which is an attachment to ___the [Proposed] Pretrial Order___
Titled: Genzyme's Motion In Limine to Preclude Defendants' Reliance on Irrelevant
Evidence, if Offered to Support Claim Construction and Defendants' Opposition to
Genzyme's Motion to In Limine to Preclude Defendants' Reliance on [Purportedly]
Irrelevant Evidence, if Offered to Support Claim Construction
will be filed with the Clerk's Office in PDF format within 24 hours of the filing of this
Notice so that it may be electronically filed under seal.

☐  _____
(title of document)

will be filed with the Clerk's Office in PDF format within 24 hours of the filing of this
Notice so that it may be electronically filed under seal.

I certify that <u>all parties are in receipt of the above-listed exhibit and/or attachment and
have represented that they do not require additional copies through this filing.</u>

/s/ George E. Brown
*Signature*

September 11, 2012
*Date*

George E. Brown (Bar No.: 14681)
*Printed Name and Bar Number*

Kramon & Graham, P.A., One South Street,
*Address*     Suite 2600

Baltimore, Maryland 21202
*City/State/Zip*

(410) 752-6030 -- Email: gbrown@kg-law.com
*Phone No.*

(410) 539-1269
*Fax No.*