LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

GEORGE E. BROWN
DIRECT FACSIMILE
(410) 361-8205

E-MAIL
gbrown@kg-law.com

September 13, 2012

**VIA ECF**

The Honorable J. Frederick Motz
United States District Judge
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland   21201

>   RE:   Genzyme Corporation v. Endo Pharmaceuticals Inc. - No.: 09-cv-02589- JFM
>         Genzyme Corporation v. Endo Pharmaceuticals Inc. - No.: 11-cv-01103-JFM
>         Genzyme Corporation v. Watson Laboratories, Inc. - No.: 10-cv-01323-JFM
>         Genzyme Corporation v. Watson Laboratories, Inc. - No.: 10-cv-01863-JFM
>         Genzyme Corporation v. Sandoz Inc. - No.: 09-cv-1750-JFM
>         Genzyme Corporation v. Sandoz Inc. - No.: 10-cv-01715-JFM

Dear Judge Motz:

   Pursuant to yesterday's pre-trial telephone conference in the above-referenced matters, please consider this letter the parties' informal Joint Motion to Seal Exhibits A, G and H to the [proposed] Pretrial Order. Thank you for your consideration of this request.

                                  Respectfully,

                                  /s/

                                  George E. Brown

GEB/sas
cc:   All Counsel of Record (Via ECF)

So Ordered:

_____          _____
The Honorable J. Frederick Motz                                Date

09191/0/01194789.DOCv1